AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| He Depu, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00635-JDB |
| Yahoo! Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Yahoo! Inc., Ronald Bell, and Michael Callahan                                           .

Date:   04/27/2017

/s/ Brian Boyle
*Attorney's signature*

Brian Boyle (D.C. Bar 419773)
*Printed name and bar number*
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

*Address*

bboyle@omm.com
*E-mail address*

(202) 383-5327
*Telephone number*

(202) 383-5414
*FAX number*