# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*., | Case No. 1:17-cv-00635-JDB |
| Plaintiffs, | Judge John D. Bates |
| *v.* | |
| YAHOO! INC. 701 First Avenue Sunnyvale, CA 94089, | |
| MICHAEL CALLAHAN, | |
| RONALD BELL, | |
| ESTATE OF HARRY WU, | |
| LAOGAI RESEARCH FOUNDATION, | |
| LAOGAI HUMAN RIGHTS ORGANIZATION, | |
| YAHOO HUMAN RIGHTS FUND TRUST, | |
| Defendants. | |

## UNOPPOSED MOTION OF DEFENDANTS YAHOO! INC., RONALD BELL AND MICHAEL CALLAHAN FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Yahoo! Inc., Ronald Bell, and Michael Callahan ("Yahoo! Defendants"), by and through their undersigned counsel, hereby move for an extension of time for the Yahoo! Defendants to answer or otherwise respond to the Complaint filed in this action, and state as follows:

1. The Complaint was filed in this Court on April 11, 2017.

2. On April 17, 2017, Defendant Ronald Bell was served with a summons.

3. On April 19, 2017, Defendant Yahoo!, Inc. was served with a summons.

4. On April 26, 2017, counsel for Defendant Michael Callahan agreed to accept service of a summons on Mr. Callahan.

The Yahoo! Defendants respectfully request that the Yahoo! Defendants' deadline to respond to the Complaint be extended to June 16, 2017, which is 30 days after the current deadline for Mr. Callahan to respond.  This is the first request for an extension of this deadline, and granting this Motion will not impact any other pending deadlines or schedules in this case. Good cause exists to grant this Motion because the Yahoo! Defendants are in the process of investigating the allegations in the Complaint, and require additional time to complete this work before responding.   The Yahoo! Defendants have consulted with counsel for Plaintiffs with respect to this motion.  Counsel for Plaintiffs does not oppose the relief requested in this Motion.

Dated: April 27, 2017                    Respectfully submitted,


                                         /s/ Brian Boyle
                                         Brian Boyle, Esq.  (D.C. Bar 419773)
                                         O'MELVENY & MYERS LLP
                                         1625 Eye Street, NW
                                         Washington, DC 20006
                                         Telephone:  (202) 383-5504
                                         Facsimile:   (202) 383-5414
                                         bboyle@omm.com

                                         Matthew T. Kline, Esq. (*pro hac vice forthcoming*)
                                         Patrick S. McNally, Esq. (*pro hac vice forthcoming*)
                                         O'MELVENY & MYERS LLP
                                         1999 Avenue of the Stars, 8th Floor
                                         Los Angeles, California 90067
                                         Telephone: 310-246-6840
                                         Fax: 310-246-6779
                                         mkline@omm.com
                                         pmcnally@omm.com

                                         *Attorneys for Defendants Yahoo! Inc., Ronald Bell,
                                         and Michael Callahan*

**Certificate of Service**

I, Brian Boyle, hereby certify that on April 27, 2017, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to counsel for the Defendants.

/s/ Brian Boyle
Brian Boyle  (D.C. Bar 419773)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5504
Facsimile:   (202) 383-5414
bboyle@omm.com