UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*<br><br>          Plaintiffs,<br><br>     *v.*<br><br>YAHOO! INC., *et al*<br><br>          Defendants. | Case No. 1:17-cv-00635-JDB<br><br>Judge John D. Bates |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS YAHOO! INC., RONALD BELL AND MICHAEL CALLAHAN FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is the Unopposed Motion of Defendants Yahoo! Inc., Ronald Bell, and Michael Callahan for Extension of Time to Answer or Otherwise Respond to the Complaint ("Motion"), seeking to extend the deadline for Defendants Yahoo! Inc., Ronald Bell, and Michael Callahan ("Yahoo! Defendants") to answer or otherwise respond to the Complaint to June 16, 2017. Upon consideration of the papers submitted in connection with the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the Yahoo! Defendants' deadline to answer or otherwise respond to the Complaint is now June 16, 2017.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
**Honorable John D. Bates**
United States District Court Judge
United States District Court for the
District of Columbia