IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>YAHOO! INC.<br>MICHAEL CALLAHAN,<br>RONALD BELL,<br>ESTATE OF HARRY WU,<br>LAOGAI RESEARCH FOUNDATION,<br>LAOGAI HUMAN RIGHTS ORGANIZATION,<br>YAHOO HUMAN RIGHTS FUND TRUST,<br><br>        Defendants. | Case No. 1:17-cv-00635-JDB<br><br>Judge John D. Bates |

**UNOPPOSED MOTION OF LAOGAI HUMAN RIGHTS ORGANIZATION AND LAOGAI RESEARCH FOUNDATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

    Defendants Laogai Human Rights Organization ("LHRO") and Laogai Research Foundation ("LRF") (sometimes collectively the "Laogai Defendants"), by counsel, pursuant to Fed. R. Civ. P. 6(b), with the consent of Plaintiffs, move for an extension of time to answer or otherwise respond to the Complaint filed in this action, and state as follows:

1. The Complaint was filed in this Court on April 11, 2017.

2. On April 17, 2017, Defendant LRF was served with a summons and the Complaint pursuant to Fed. R. Civ. P. 4.

3. On May 4, 2017, Defendant LHRO agreed to waive service of process.

4. On May 4, 2017, counsel for Plaintiffs and the Laogai Defendants agreed to set a deadline of June 16, 2017 for both Laogai Defendants to respond to the Complaint, as that is the date the Yahoo! defendants will be filing their responsive pleadings, as agreed in a Consent Motion filed April 27, 2017.

1

Good cause exists for the granting of this brief extension of time. The Laogai Defendants have not requested any prior extensions, and the Court has already granted the Yahoo! Defendants a similar extension. This is the first request by these Defendants for an extension of this deadline, and granting this Motion will not impact any other pending deadlines or schedules in this case. Finally, the Laogai Defendants have consulted with counsel for Plaintiffs with respect to this motion. Counsel for Plaintiffs does not oppose the relief requested in this Motion.

Dated: May 8, 2017

                                          Respectfully submitted,

                                          LAOGAI HUMAN RIGHTS ORGANIZATION
                                          LAOGAI RESEARCH FOUNDATION
                                          By Counsel

IMPRESA LEGAL GROUP

*/s/ George. E. Kostel--------------------------*
George E. Kostel
D.C. Bar No. 1000015
Email: georgekostel@impresalegal.com

Jason P. Matechak
D.C. Bar No. 461194
Email: jasonmatechak@impresalegal.com

David I. Bledsoe
D.C. Bar No. 422596
Email: bledsoelaw@earthlink.net

3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
Facsimile: (703) 684-1851

*Attorneys for the Laogai Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2017, I electronically filed the foregoing Unopposed Motion of Laogai Human Rights Organization and Laogai Research Foundation for Extension of time to Answer or Otherwise Respond to the Complaint through the CM/ECF system, which will send a notice of electronic filing to counsel for the all parties.

                                      /s/ *George E. Kostel*
                                      George E. Kostel (D.C. Bar 1000015)
                                      IMPRESA LEGAL GROUP
                                      3033 Wilson Boulevard, Suite 700
                                      Arlington, VA  22201
                                      Telephone:  (703) 203-6984
                                      Facsimile:  (703) 684-1628
                                      georgekostel@impresalegal.com