**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HE DEPU, *et al* <br><br> Plaintiffs, <br> *v.* <br><br> YAHOO! INC., *et al* <br><br> Defendants. | Case No. 1:17-cv-00635-JDB <br><br> Judge John D. Bates |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS LAOGAI HUMAN RIGHTS ORGANIZATION AND LAOGAI REASEARCH FOUNDATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is the Unopposed Motion of Defendants Laogai Human Rights Organization ("LHRO") and Laogai Research Foundation "LRF") for Extension of Time to Answer or Otherwise Respond to the Complaint ("Motion"), seeking to extend the deadlines for LHRO and LRF to answer or otherwise respond to the Complaint to June 16, 2017. Upon consideration of the papers submitted in connection with the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline of Defendants LHRO and LRF to answer or otherwise respond to the Complaint is June 16, 2017.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John D. Bates
United States District Court Judge