**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HE DEPU, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:17-635-JDB |
| ) | |
| **YAHOO, INC., et al.** ) | Judge John D. Bates |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION OF DEFENDANT ESTATE OF HARRY WU**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Estate of Harry Wu, by and through undersigned counsel, hereby moves for an extension of time for Defendant Estate of Harry Wu to timely file its Answer or otherwise respond to the Complaint filed in this action, and states as follows:

1. The Complaint was filed in this Court on April 11, 2017.

2. Defendant Estate of Harry Wu was served with a summons.

3. Defendant Estate of Harry Wu respectfully requests that the deadline to respond to the Complaint be extended to June 16, 2017, which is the same date that other Defendants have agreed to respond.

4. This is the first request for an extension of this deadline, and granting this motion will not impact any other pending deadlines or schedules in this case.

5. Good cause exists to grant this Motion because Defendant Estate of Harry Wu is by definition a relatively recently created entity and must attempt some investigation regarding the allegations of the Complaint. Defendant Estate of Harry Wu has consulted with counsel for Plaintiffs with respect to this motion, and Plaintiffs do not oppose the relief sought.

Dated: May 8, 2017                    Respectfully submitted,

                                      PERRY CHARNOFF PLLC

                                          /s/ Mikhael D. Charnoff
                                      Mikhael D. Charnoff (#476583)
                                      2300 Wilson Boulevard, Suite 240
                                      Arlington, VA 22201
                                      P:  703-291-6650
                                      F:  703- 563-6692
                                      scott@perrycharnoff.com
                                      mike@perrycharnoff.com
                                      *Counsel for Defendant Estate of Harry Wu*

## CERTIFICATE OF SERVICE

I, Mikhael D. Charnoff, hereby certify that on May 8, 2017, I caused a copy of the foregoing to be filed electronically through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      PERRY CHARNOFF PLLC

                                          /s/ Mikhael D. Charnoff
                                      Mikhael D. Charnoff (#476583)
                                      2300 Wilson Boulevard, Suite 240
                                      Arlington, VA 22201
                                      P:  703-291-6650
                                      F:  703- 563-6692
                                      scott@perrycharnoff.com
                                      mike@perrycharnoff.com
                                      *Counsel for Defendant Estate of Harry Wu*