**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HE DEPU, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:17-635-JDB |
| ) | |
| **YAHOO, INC., et al.** ) | Judge John D. Bates |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT ESTATE OF HARRY WU FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Before the Court is the Unopposed Motion of Defendant Estate of Harry Wu for Extension of Time to Respond to the Complaint, seeking to extend the deadline for Defendant Estate of Harry Wu to answer or otherwise respond to the Complaint to June 16, 2017.

Upon consideration of the papers submitted in connection with the Unopposed Motion of Defendant Estate of Harry Wu for Extension of Time to Respond to the Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Unopposed Motion of Defendant Estate of Harry Wu for Extension of Time to Respond to the Complaint is GRANTED, and it is further

ORDERED that Defendant Estate of Harry Wu's deadline to file an Answer or otherwise respond to the Complaint is now June 16, 2017.

Dated: _____, 2017

_____
The Honorable John D. Bates
United States District Court Judge
United States District Court for the
District of Columbia