CO-386-online
10/03

# United States District Court
# For the District of Columbia

HE DEPU, et al.

         vs      Plaintiff

YAHOO!, INC. et al.

              Defendant

Civil Action No. 1:17-635

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  LAOGAI RESEARCH FOUNDATION  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  LAOGAI RESEARCH FOUNDATION  which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

422596
BAR IDENTIFICATION NO.

David I. Bledsoe
Print Name

600 Cameron Street, Suite 203
Address

Alexandria    VA    22314
City    State    Zip Code

703-379-9424
Phone Number