AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | | |
|---|---|---|
| He, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-00635-JDB |
| Yahoo! Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yahoo! Inc., Ronald Bell, and Michael Callahan.

Date:   05/25/2017

*Attorney's signature*

Matthew T. Kline, CA SBN 211640
*Printed name and bar number*

O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
*Address*

mkline@omm.com
*E-mail address*

(310) 246-6840
*Telephone number*

(310) 246-6779
*FAX number*