# EXHIBIT 3

## MAY___, 2009 AMENDMENT
## TO CONFIDENTIAL SETTLEMENT, RELEASE,
## AND FOUNDATION AGREEMENT

Yahoo! Inc. ("Yahoo!"), Harry Wu and Laogai Research Foundation ("Foundation") parties to the November 9, 2008 Confidential Settlement and Foundation Agreement ("Agreement") between Yahoo!, Inc. and Yahoo! Hong Kong Ltd., on the one hand, and Wang Xiaoning, Shi Tao, Yu Ling, Gao Qinsheng, Harry Wu, and Laogai Research Foundation, on the other hand (collectively, the "Parties"), hereby enter into this May __, 2009, Amendment to that Agreement. They do so in consideration of the promises set forth in this Amendment and for other consideration, receipt and sufficiency of which is hereby acknowledged.

This Amendment is entered into with reference to the following facts: (1) Yahoo!, Inc. has made all payments to the Foundation required by Section II (C) of the Agreement. (2) Pursuant to the Agreement, all such funds were to be maintained by the Foundation in a YHR Fund. (3) The Parties wish to relocate all monies remaining in the YHR Fund. (4) The Foundation represents that it will transfer all funds remaining in the YHR Fund (the "Funds") pursuant to the terms of this Amendment.

The Parties therefore agree as follows:

1. Upon the signing of this Amendment, the Foundation shall: (a) transfer $3,550,000 (three million) of the Funds to The Yahoo! Irrevocable Human Rights Trust 2009 ("Trust") created by the May _, 2009 Agreement and Declaration of Trust between Yahoo, Inc., Harry Wu and Michael Samway ("Trust Agreement"); and (b) transfer the remaining funds to a newly established 501(c)(3) organization with the purpose of supporting the activities of the Foundation in accordance with the terms of the Agreement.

2. All such Funds shall be subject to, and shall only be used in accordance with, the provisions and restrictions of Section II (C)(2) of the Agreement, and all funds transferred to the Trust shall also be subject to, and shall only be used in accordance with, the Trust Agreement.

3. Upon the termination of the Trust, any remaining funds in the Trust shall be distributed in accordance with the provisions of the Trust Agreement.

4. All of the "Additional and Miscellaneous Provisions" in Section IV of the Agreement shall also apply to this Amendment.

1

**EXHIBIT 3**
**128**

~~June 12~~ **IN WITNESS WHEREOF**, the Parties hereby execute this Agreement, effective as of ~~May~~ , 2009.

HARRY WU                                          LAOGAI RESEARCH FOUNDATION

*/s/ Harry Wu/*                                   By *Harry Wu*
                                                  Its *Executive Director*

YAHOO!, INC.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 12th day of June 2009

*/s/ Kathern M. Thomson/*
Notary Public, D.C.
My commission expires Oct. 14, 2013

By */s/ Michael A. Samway/*

KATHERN M. THOMSON
Notary Public, District of Columbia
My Commission Expires October 14, 2013

2

**EXHIBIT 3**
**129**