# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YAHOO! INC., *et al.*,<br><br>　　　　　Defendants. | No. 1:17-0635-JDB<br><br>Judge John D. Bates |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs He Depu, Li Dawei, Wang Jinbo, Ouyang Yi, Xu Yonghai, Xu Wanping, and Yu Ling, appeal to the United States Court for Appeals for the District of Columbia Circuit, from the March 30, 2018 order granting with prejudice Defendants' motion to dismiss Plaintiffs' first amended complaint, ECF No. 40, and from the September 24, 2018 order denying Plaintiffs' motions to alter judgment and for leave to amend, ECF No. 49.

Dated: October 24, 2018

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**
By: *Times Wang*
Daniel S. Sommers (D.C. Bar 416549)
S. Douglas Bunch (D.C. Bar 974054)
Times Wang (D.C. Bar 1025389)
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
twang@cohenmilstein.com
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs*

1

**NOTICE OF COMPLIANCE WITH F.R.A.P. 3(a)(1)**

In compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure, the foregoing Notice of Appeal and three copies are being mailed to the Clerk of Court to enable the clerk to comply with Rule 3(d). Copies will also be served on all counsel of record through the Court's CM/ECF system.

                                                */s/ Times Wang*
                                                Times Wang (D.C. Bar 1025389)
                                                twang@cohenmilstein.com
                                                1100 New York Ave NW, Suite 500
                                                Washington, DC 20005
                                                Telephone: (202) 408-4600
                                                Facsimile: (202) 408-4699