UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU**, *et al* <br><br> **Plaintiffs,** <br><br> v. <br><br> **YAHOO! INC.**, *et al* <br><br><br> **Defendants.** | **Case No. 1:17-cv-00635-JDB** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN E. PUMPHREY

Pursuant to Local Rule 83.2(d) and the attached declaration, counsel moves for the admission *pro hac vice* of Brian E. Pumphrey to represent Defendants Yahoo! Inc., Ronald Bell, and Michael Callahan ("Yahoo! Defendants") in the above-referenced action.

Mr. Pumphrey is a partner of the firm McGuireWoods LLP, and counsel for the Yahoo! Defendants in this matter. He is a member in good standing of the Virginia State Bar and has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Pumphrey has not been admitted *pro hac vice* in any matter in the United States District Court for the District of Columbia.

Pursuant to Local Rule 7(m), counsel for the Yahoo! Defendants contacted Plaintiffs' counsel before filing this motion. Plaintiffs' counsel stated that they do not oppose this motion.

Dated April 30, 2020:                                              Respectfully submitted,

                                                                                  **YAHOO! INC.,** *et al.*
                                                                                  *By Counsel*

                                                                                  /s/ *James J. Holt*
                                                                                  James J. Holt (D.C. Bar 1002796)

**McGuireWoods LLP**
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
Telephone: (703) 712-5465
Facsimile   (703) 712-5265
Email: jholt@mcguirewoods.com

*Attorney for Defendant Yahoo!, Inc., Ronald Bell, and Michael Callahan*