**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HE DEPU,** *et al* | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:17-cv-00635-JDB** |
| **YAHOO! INC.,** *et al* | |
| **Defendants.** | |

## DECLARATION OF BRIAN E. PUMPHREY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I declare the following:

1. My name is Brian Emory Pumphrey.

2. I am a partner of the law firm McGuireWoods LLP, and counsel of record for Defendants Yahoo! Inc, Ronald Bell, and Michael Callahan in the above-referenced matter. My office address is 800 East Canal Street, Richmond, VA 23219 and my office phone number is 804-775-7745.

3. I have been admitted to, and am a member in good standing of, the Virginia State Bar. I have not been subject to any disciplinary proceedings as a member of the bar in any jurisdiction, nor are there any disciplinary proceedings currently pending against me.

4. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

5. I certify that I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of

April, 2020.

Brian E. Pumphrey (VSB: 47312)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
bpumphrey@mcguirewoods.com