UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU**, *et al*<br><br>**Plaintiffs,**<br><br>v.<br><br>**YAHOO! INC.**, *et al*<br><br>**Defendants.** | Case No. 1:17-cv-00635-JDB |

### DEFENDANTS OATH HOLDINGS INC., RONALD BELL, AND MICHAEL CALLAHAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant Federal Rule of Evidence 201, Defendants Oath Holdings, Inc., Ronald Bell, and Michael Callahan (collectively, the "Yahoo Defendants"), request that the Court consider and take judicial notice of Exhibits A and B to the memorandum filed in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion").

In ruling on a motion to dismiss for failure to state a claim, the Court may consider "the facts alleged in the complaint, documents attached thereto or incorporated therein, and matters of which it may take judicial notice." *Stewart v. Nat'l Educ. Ass'n*, 471 F.3d 169, 173 (D.C. Cir. 2006). Rule 201 authorizes a court to take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. Pursuant to these authorities, the Yahoo Defendants request that the Court consider documents referenced in the Second Amended Complaint, including the 2007 Wang Settlement and the 2009 Laogai Human Rights Organization, Inc. and Yahoo! Irrevocable Human Rights Trust document. The Yahoo Defendants' Exhibits A and B are referenced in Plaintiffs' Second Amended Complaint. *See, e.g.*, Dkt. 64 ("SAC") ¶¶ 37-43, 63 (referencing

*Wang v. Yahoo* settlement agreement); *id*. ¶ 6, 57, 60-61 (referencing 2009 amendment to Wang settlement).

Accordingly, the Yahoo Defendants respectfully request that the Court consider and take judicial notice of Exhibits A and B to their Memorandum of Law in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: July 2, 2020

Respectfully submitted,

**McGuireWoods LLP**

/s/ *Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
2001 K Street, NW
Suite 400
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
bpumphrey@mcguirewoods.com

*Counsel for Defendants Yahoo! Inc., Michael Callahan, and Ronald Bell*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

                                        */s/ Brandi G. Howard*
                                        Brandi G. Howard