**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HE DEPU, *et al.*, | Case No. 1:17-cv-00635-JDB |
| Plaintiffs, | Judge John D. Bates |
| v. | **ORAL ARGUMENT REQUESTED** |
| YAHOO! INC., *et al.*, | |
| Defendants. | |

**DEFENDANTS THE LRF AND LHRO'S MOTION FOR PROTECTIVE ORDER
STAYING DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS**

Defendants The Laogai Research Foundation and Laogai Human Rights Organization (collectively, the "Laogai Defendants"), by counsel, pursuant to Fed. R. Civ. P. 26(c), respectfully move for a protective order staying all discovery in this matter until resolution of defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint for the reasons stated in the accompanying memorandum in support filed herewith.

For the reasons stated therein, the Laogai Defendants move for a Protective Order staying all discovery until resolution of all Defendants' Motions to Dismiss, and grant such other relief as the Court deems appropriate.

    THE LAOGAI RESEARCH FOUNDATION
    LAOGAI HUMAN RIGHTS ORGANIZATION
    By Counsel

IMPRESA LEGAL GROUP

*/s/ George E. Kostel*-------------------
George E. Kostel
DC Bar No. 1000015
Email: georgekostel@impresalegal.com
David I. Bledsoe
DC Bar No. 422596
Email: davidbledsoe@impresalegal.com
Jason P. Matechak
DC Bar No. 461194
Email: jasonmatechak@impresalegal.com
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
Facsimile: (703) 684-1851

*Counsel for The LRF and LHRO*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

*/s/ George E. Kostel*---------------------
George E. Kostel
DC Bar No. 1000015
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
Facsimile: (703) 684-1851
georgekostel@impresalegal.com