| | | HE DEPU, et al. | | | |
|---|---|---|---|---|---|
| Government ☐ | | VS. | | Civil/Criminal No. 17-cv-00635-RDM | |
| Plaintiff ☐ | | OATH HOLDINGS, INC., et al. | | | |
| Defendant ☒ — Laogai Defdts. | | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) ✗ N/A |
|---|---|---|---|---|---|
| 1 | Nov. 9, 2007, Settlement Agreement | 10/29/21 | 10/29/21 | Jeffrey Fiedler | |
| 2 | June 12, 2009, Settlement Agreement Amendment | 10/29/21 | 10/29/21 | | |
| 3 | June 12, 2009, Yahoo! Irrevocable Human Rights Trust 2009 | ↓ | ↓ | | |
| 4 | Jeff Fiedler Deposition | ↓ | ↓ | | |
| 5 | Congressional Executive Committee on China 2020 Report (Exhibit 6 to Laogai Open. Tr. Brief) | | | | |
| 6 | Dorn Declaration (Exhibit 2 to Laogai Response Brief) | | | | |
| 7 | June 23, 2008, Memorandum from S. Dorn to LRF Board | 10/29/21 | 10/29/21 | | |
| 8 | Michael Samway Deposition | ↓ | ↓ | | |
| 9 | May 6, 2008, email from M. Samway to Harry Wu (Harris 00015-16) | ↓ | ↓ | | |
| 10 | Proposed Advisory Board Guidelines for Fund (Harris 00017-31) | ↓ | ↓ | | |

| | | Marked | Received | Witness | |
|---|---|---|---|---|---|
| 11 | LRF Bank Records (Yahoo_Prod_0000234-240) | 10/29/21 | 10/29/21 | | |
| 12 | May 30, 2008, YHRF Board Meeting Minutes (Harris 00032-36) | 10/29/21 | 10/29/21 | Jeffrey Fiedler | |
| 13 | August 27, 2008, YHRF Board Minutes (Harris 00038-42) | 10/29/21 | 10/29/21 | " " | |
| 14 | Theresa Harris Deposition | | | | |
| 15 | Yahoo Irrevocable Human Rights Trust (Yahoo_Prod_0000582-604) | | | | |
| 16 | 2005 LRF Form 990 (Fiedler Dep. Exhibit 0044) | | | | |
| 17 | 2006 LRF Form 990 (Fiedler Dep. Exhibit 0045) | | | | |
| 18 | 2007 LRF Form 990 (Fiedler Dep. Exhibit 0046) | ↓ | ↓ | | |
| 19 | 2008 LRF Form 990 | 10/29/21 | 10/29/21 | | |
| 20 | 2009 LRF Form 990 | 10/29/21 | 10/29/21 | | |
| 21 | 2010 LRF Form 990 | 10/29/21 | 10/29/21 | | |
| 22 | Nov. 9, 2007, email Correspondence between J. Yang and H. Wu (Yang Dep. Exhibit 20) | | | | |
| 23 | Nov. 14, 2007, email correspondence from Tracy Schmaler and Michael Samway (Yang Dep. Exhibit 22) | ↓ | ↓ | | |
| 24 | April 1, 2008, email (w/attachments) from Tracy Schmaler to Jerry Yang Re: Yang Georgetown Remarks and Talking Points (Yang Dep. Exhibit 23) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 25 | YHRF Victim relief status report (Samway Depo Exhibit 35) | 10/29/21 | 10/29/21 | | |
| 26 | YHRF Victim relief status report (Samway Depo Exhibit 36) | | | | |
| 27 | YHRF Victim relief status report (Samway Depo Exhibit 37) | | | | |
| 28 | YHRF Fund application (Samway Depo Exhibit 38) | | | | |
| 29 | WU Fund compliance letter (Samway Depo Exhibit 39) | ↓ | ↓ | | |
| 30 | Yang Deposition Transcript | | | | |
| 31 | Congressional-Executive-Commission on China, Executive Report, 2017 https://www.cecc.gov/sites/chinacommission.house.gov/files/documents/AR17%20PPD_final.pdf | | | | |
| 32 | November 5, 2017, Congressional-Executive-Commission on China, Political Prisoner Database, website, page 1 and 2 of 700 pages: https://www.cecc.gov/sites/chinacommission.house.gov/files/documents/CECC%20Pris%20List_20171105_1414.pdf | | | | |
| 33 | October 10, 2018, Congressional-Executive-Commission on China, Political Prisoner Database, website, page 1 and 2 of 673 pages: https://www.cecc.gov/sites/chinacommission.house.gov/files/documents/CECC%20Pris%20List_20181011_1424.pdf | | | | |
| 34 | October 11, 2019, Congressional-Executive-Commission on China, Political Prisoner Database, website, page 1 and 2 of 720 pages: https://www.cecc.gov/sites/chinacommission.house.gov/files/documents/CECC%20Pris%20List%2020191010.pdf | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 2020 Annual Report-Executive Summary, Congressional-Executive-Commission on China https://www.cecc.gov/sites/chinacommission.house.gov/files/documents/2020%20ANNUAL%20REPORT%20EXECUTIVE%20SUMMARY%20FINAL%201223_1.pdf | | | | |
| 36 | Frequently Asked Questions of the CECC Database. https://www.cecc.gov/ppd-frequently-asked-questions-faqs | | | | |
| 37 | Chinese Human Rights Defenders (CHRD) Annual Report on the Situation of Human Rights Defenders in China (2015), page 1-2 (5 pages) and 28-33. https://www.nchrd.org/wp-content/uploads/2016/02/2015_CHRD-HRD-REPORT_FINAL-ONLINE-1.pdf | | | | |
| 38 | Chinese Human Rights Defenders, Promoting Human Rights & Empowering Grassroots Activism in China. https://www.nchrd.org/2018/08/china-massive-numbers-of-uyghurs-other-ethnic-minorities-forced-into-re-education-programs/ | | | | |
| 39 | Freedom House, China: Freedom on the Net 2019 County Report/Freedom House https://freedomhouse.org/country/china/freedom-net/2019 | | | | |
| 40 | China World Prison Brief. https://freedomhouse.org/country/china/freedom-net/2019 | | | | |
| 41 | Dui Hua Website on political prisoners in China https://duihua.org/ | | | | |
| 42 | LRF Bylaws | | | | |
| 43 | LRF Articles of Incorporation | 10/29/21 | 10/29/21 | | |

| 44 | Memorandum of Understanding of November 9, 2007 | 10/29/21 | 10/29/21 | Marked received witness |