UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*.<br><br>                     Plaintiffs,<br><br>v.<br><br>OATH HOLDINGS, INC., *et al*<br><br>                     Defendants. | Case No. 1:17-cv-00635-RDM |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

All parties, by counsel, and for good cause shown, move this Court under Rule 16(b) to modify the scheduling order as follows:

1. On June 4, 2020, Plaintiffs filed their Second Amended Complaint—the operative complaint guiding discovery in this case. ECF No. 64.

2. The operative scheduling order is reflected in a minute order dated May 26, 2022. *See* ECF Docket Sheet. That minute order provided, *inter alia*, that most of its deadlines could "be extended by the written consent of all parties without application to the Court." *Id.* But it also stated that the "fact discovery cutoff and the discovery cutoff may be modified by the Court upon a showing of good cause." *Id.*

3. Since that time, the parties have been participating in discovery, making document productions, taking depositions, attending meet and confers, answering written discovery, and exchanging privilege logs. The parties have substantially completed document production, but more work remains to be done on depositions and expert discovery.

1

4. Despite the parties' best efforts, the current discovery schedule does not leave the parties with enough time to complete the remaining depositions, and all parties consent to this joint Motion's proposed scheduling order modifications.

5. Under Rule 16(b), this Court may modify its scheduling order. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *see also* Local Civ. R. 16.4(a).

6. Good cause supports adopting the parties' requested extensions of time given the complexity of the case, the parties' substantial progress on discovery, the joint nature of this motion, and the lack of any prejudice. The below modifications allow the parties to better discover relevant facts and expert opinions, which aids the Court's ultimate decision-making on the merits.

7. Thus, the parties ask the Court to amend the schedule order as follows:

   a. All fact depositions shall be completed on or before March 31, 2023. The existing fact discovery deadline of January 31, 2023, shall remain unaltered.

   b. Expert discovery shall commence no earlier than March 31, 2023.

   c. Plaintiffs shall make their Rule 26(a)(2) disclosures on or before March 31, 2023, the first day of expert discovery. Defendants shall make their Rule 26(a)(2) disclosures after Plaintiffs' disclosures, on or before April 28, 2023. Plaintiffs may serve rebuttal Rule 26(a)(2) disclosures on or before May 22, 2023.

   d. Any depositions of experts shall be taken between May 23, 2023, and June 30, 2023.

  e. All discovery, including any expert discovery that might be needed, shall be completed on or before June 30, 2023.

  f. The pre-motion conference set for April 24, 2023, at 10:00 a.m. is cancelled, and its related deadlines are also cancelled.  The Court shall schedule a pre-motion conference after June 30, 2023.

  g. Except as modified above, all parties wish to keep the May 26, 2022, minute order as-is.

8. Finally, Plaintiffs have stated their intent to seek leave to amend their complaint once more.  Defendants reserve the right to oppose the filing of the new amended complaint.  All parties also recognize that the filing of a third amended complaint would require a new scheduling order.

## Request for Relief

For the above-stated reasons, all parties respectfully ask this Court to:

A. Grant the Motion;

B. Adopt the new deadlines outlined in Paragraph 7 of this Motion; and,

C. Grant all other relief it deems just and proper.

Dated:  January 9, 2023        Respectfully submitted,

*/s/ George E. Kostel*        */s/ Times Wang*
George E. Kostel (D.C. Bar 1000015)  Times Wang (D.C. Bar 1025389)
IMPRESA LEGAL GROUP     NORTH RIVER LAW PLLC
3033 Wilson Boulevard, Suite 700   1300 I Street NW, Suite 400E
Arlington, VA 22201       Washington, DC 20005
Telephone: (703) 842-0660     Telephone: (202) 838-6489
georgekostel@impresalegal.com    twang@northriverlaw.com
*Counsel for Defendants Laogai Research*
*Foundation and*          David Slarskey, Esq.
*Laogai Human Rights Organization*   Evan Fried, Esq.

                        SLARSKEY LLC
                        420 Lexington Ave., Suite 2525
                        New York, NY 10170
                        Telephone: (212) 658-0661
                        dslarskey@slarskey.com
                        efried@slarskey.com
                        *Counsel for Plaintiffs*

| | |
|---|---|
| */s/ Brandi G. Howard* | */s/ Mikhael D. Charnoff* |
| Brandi G. Howard (D.C. Bar 156135) | Mikhael D. Charnoff (D.C. Bar 476583) |
| MCGUIREWOODS LLP | CHARNOFF SIMPSON PLLC |
| Black Lives Matter Plaza | 1010 N. Glebe Road, Suite 310 |
| 888 16th Street, N.W. | Arlington, VA 22201 |
| Suite 500 | Telephone: 703-291-6650 |
| Washington, DC 20006 | mike@perrycharnoff.com |
| Telephone: (202) 857-1700 | *Counsel for Defendant Estate of Harry Wu* |
| bhoward@mcguirewoods.com | |

Brian E. Pumphrey (admitted pro hac vice)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-7745
bpumphrey@mcguirewoods.com

*Counsel to Oath Holdings, Inc., Michael Callahan, and Ronald Bell*