UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>OATH HOLDINGS, INC., *et al.*<br><br>**Defendants.** | Case No. 1:17-cv-00635-RDM |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell ("Defendants"), by counsel, and moves this Court to grant leave to Michael L. Simes to withdraw as counsel on behalf of Defendants before this Court in Civil Action No. 1:17-cv-00635-RDM. Defendants will continue to be represented in this proceeding by counsel Brandi G. Howard and Brian Emory Pumphrey of the firm McGuireWoods LLP. A proposed order is attached for the Court's consideration.

Dated: January 11, 2023

Respectfully submitted,

**McGuireWoods LLP**

/s/ *Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
888 16th Street, N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219

Telephone: (804) 775-7745
bpumphrey@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, the foregoing document was served via ECF to the following:

**NORTH RIVER LAW PLLC**
Times Wang (D.C. Bar 1025389)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 838-6489
twang@northriverlaw.com

**SLARSKEY LLC**
David Slarskey, Esq.
Evan Fried, Esq.
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com
*Counsel for Plaintiffs*

**PERRY CHARNOFF PLLC**
Mikhael D. Charnoff (D.C. Bar 476583)
Scott Michael Perry (D.C. Bar 459841)
Anastasia Uzilevskaya (D.C. Bar 1620214)
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
Telephone: 703-291-6650
mike@perrycharnoff.com
scott@perrycharnoff.com
anastasia@perrycharnoff.com
*Counsel for Defendant Estate of Harry Wu*

**IMPRESA LEGAL GROUP**
George E. Kostel (D.C. Bar 1000015)
David I. Bledsoe (D.C. Bar 422596)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
davidbledsoe@impresalegal.com

**LAW FIRM OF WILLIAM BLAKELY**
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for Defendants Laogai Research Foundation and*
*Laogai Human Rights Organization*

 

                    */s/ Brandi G. Howard*
                    Brandi G. Howard