Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

HE DEPU, ET AL.,

    Plaintiffs,

  v.                                                       Case No.

OATH HOLDINGS, INC., ET AL.,                 1:17cv00635RDM

    Defendants.

_____

          VIDEOTAPED DEPOSITION OF

               YI OUYANG

| | |
|---|---|
| DATE: | Thursday, January 19, 2023 |
| TIME: | Friday, January 20, 2023, 8:00 a.m. CST |
| | 7:00 p.m. EST |
| LOCATION: | Remote Proceeding |
| | Suining City, China |
| REPORTED BY: | Matthew Yancey, Notary Public |
| JOB NO.: | 5643135 |

1           THE REPORTER:  -- to make sure.  Thank
2    you.
3           MR. HOOE:  That's fine.  I appreciate
4    that.
5    BY MR. HOOE:
6       Q   Mr. Ouyang, did you have any questions after
7    your review of the Second Amended Complaint in Chinese
8    about what was in that document?
9       A   No.  No questions.
10      Q   I am going to turn, Mr. Ouyang, to Paragraph
11   13 of this Exhibit 1, which is on Page 6.  I'm going
12   to represent to you that this first sentence of the
13   complaint says, "Plaintiff Ouyang Yi, defined above as
14   Ouyang, is a citizen and resident of China domiciled
15   in Suining City, Sichuan province."  Do you agree with
16   that?
17      A   Correct.
18      Q   I'm going to read you another sentence --
19   two sentences actually -- of this paragraph.  "On
20   March 1, 2004, the Chengdu Municipal Intermediate
21   People's Court in Sichuan province sentenced Ouyang to
22   two years' imprisonment.  Ouyang was released in

Page 20

1  2006."  Do you agree with those sentences?
2       A    I went to the jail in 2002.  And I was
3  released in 2004.
4       Q    In fact, sir, you were released in December
5  of 2006; right?
6       A    Correct.  Correct.
7       Q    And you had told me you reviewed a Chinese
8  language version of this document; correct?
9       A    Yes.
10      Q    And you did not correct the allegation that
11 you were released from prison in 2006; did you?
12      A    I was released on December 4, 2004.  What
13 did the document say?
14      Q    Sir, I'm asking you what the document said
15 that you reviewed in Mandarin or Chinese when you were
16 released from prison?
17      A    Well, I did not discover the error at that
18 time.
19      Q    I understand.  Thank you.  Mr. Ouyang, I'd
20 like to show you now what I have marked as Exhibit 2
21 to your deposition.
22           The title of this document is "Plaintiff's

1  that area generally?
2       A    Yes.
3       Q    Thank you, Mr. Ouyang.  Could you please
4  turn next to Page 20?  And in particular --
5       A    Yes; I can see it.
6       Q    Mr. Ouyang, towards the bottom of the page
7  with the number five this asks you to identify and
8  describe in detail all facts relating to your
9  application for funds from the YHRF, LRF, LHRO, and/or
10 YIHRT.  And I'll stop there for the sake of the
11 translator.
12      A    Okay.  Can the interpreter do the
13 translation?  Well, the application is referring to
14 for the litigation or for what kind of application?
15      Q    Yes, sir.  Mr. Ouyang, I am asking if you
16 remember answering an interrogatory about your
17 application for funds or money from the Yahoo Human
18 Rights Foundation?
19      A    I never applied for any fund.
20      Q    Thank you.  And you anticipated my next
21 question, sir.  When you answered these
22 interrogatories it says in English, "Ouyang never

Page 31

1            THE INTERPRETER:  Let me just have a
2    chance to read that.  This is the interpreter
3    speaking.  Okay.
4            THE INTERPRETER (FOR THE WITNESS):
5    Yes.
6    BY MR. HOOE:
7        Q    And do you also agree with the answer here
8    that says, "Ouyang never personally applied for
9    funding through such a mechanism and only became
10   involved with the Yahoo Human Rights Fund through He
11   Depu"?
12       A    Through that person that I get an
13   understanding of that matter; yes.
14       Q    But you never personally applied for funding
15   yourself from the Yahoo Human Rights Fund; did you?
16       A    Correct.
17       Q    Mr. Ouyang, if your lawsuit says that you
18   previously applied for funding would you agree that
19   that is incorrect?
20       A    Well, I personally did not apply.  Maybe
21   they misunderstood what I said.
22       Q    And did you ever receive funding from the

Page 32

1  Yahoo Human Rights Fund?
2       A    I did not.
3       Q    I want to ask about the Shi Tao case; okay?
4       A    Yes.
5       Q    Mr. Ouyang, your answer says you first heard
6  of Yahoo-related funding for persons imprisoned in the
7  People's Republic of China in connection with the Shi
8  Tao case.  You remember me asking you about that;
9  right?
10      A    From the internet.  I found out from the
11 internet.
12      Q    What did you find out from the internet?
13      A    Yes; I read the information that, you know,
14 they received some fund to, you know, Shi Tao and Wang
15 Xiaoning.  They received some assistance from the
16 fund.  That is, you know, how I found out.
17      Q    And when did you find that out?
18           THE INTERPRETER:  This is the
19 interpreter -- okay.
20           THE INTERPRETER (FOR THE WITNESS):  I
21 cannot recall.
22 //

Page 53

1    Q    Okay.  Mr. Ouyang, I agree that you are
2  testifying that you don't believe other reasons in
3  here were the main reason you were sent to prison.
4  I'm just asking if your understanding of this document
5  is that there were other reasons, however significant?
6    A    Yes; I agree.
7    Q    Thank you, Mr. Ouyang.  Do you know how many
8  people have been imprisoned in China for expressing
9  their views over the internet?
10   A    Definitely I don't know about the numbers --
11 the exact number.
12   Q    Do you know how you would figure out?
13   A    No; it would be hard to try to get a figure
14 because, you know, without, you know, any basis it's
15 hard to get a number.
16   Q    Mr. Ouyang, do you have any estimate of the
17 number of people imprisoned in China for expressing
18 their views over the internet?
19   A    I cannot guess.
20   Q    I have just one more set of questions, Mr.
21 Ouyang, and then I think I'll be done.  Would you like
22 to continue or take a break?

Page 59

1  conclusion.
2       Q    Yes, sir, Mr. Ouyang.  And I'm asking you
3  specifically how did you come to that conclusion?
4       A    Yes.  Because I heard about Yahoo set up
5  this fund, right, for the compensation.  However, most
6  of the money did not, you know, go to the deserved
7  people.  For example, those people that need help or
8  the applicant.
9            And most of the money -- they don't know
10 where did it go.  And also there are not that many
11 applicant that get the money.  And I heard it from the
12 -- heard it through Wang Jin Bo, He Depu, Wang Ping.
13      Q    So Mr. Ouyang, you heard that information
14 from He Depu, Xu Wang Ping, and another gentleman
15 whose name I forget.  Mr. Wang Bo maybe?
16      A    Correct.
17      Q    Thank you.  Mr. Wang Bo -- I'm sorry.  Mr.
18 Ouyang, if you win this case what do you want?
19      A    Yes.  First I would like to get my deserved
20 compensation.  And also I hope through this lawsuit
21 other deserved people -- they also should receive
22 their deserved compensation.

Page 60

1    Q    So you are seeking money damages from the
2    defendants in this case?
3    A    Yes; I need that.
4              MR. HOOE:  All right.  Mr. Ouyang, I
5    don't think I have any more questions for you at this
6    time.  I have two small housekeeping matters that do
7    not involve me asking you questions.
8              Mr. Ouyang, if we -- if I do not ask
9    you more questions, I appreciate your time this
10   morning and working through technical difficulties and
11   appreciate that effort.  Thank you.
12             THE WITNESS:  Yes.  And please forgive
13   me.  Maybe, you know, I'm not that familiar with
14   internet and so that's why I have technical problem.
15   But I sorry.  You know, please forgive me for the
16   delay.
17             MR. HOOE:  It is quite all right.  It
18   is not your fault.  And I appreciate -- okay.  Two
19   quick things before I turn it over.
20             First, Mr. Court Reporter, I'd like to
21   enter Exhibit 4, which you should have in your email,
22   is a translation certification of the Bates numbered