UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **OATH HOLDINGS, INC.,** *et al.* <br><br><br> **Defendants.** | Case No. 1:17-cv-00635-RDM <br><br> Judge Randolph D. Moss |

**JOINT STATUS REPORT**

Pursuant to the Court's February 24, 2023 minute order, the parties submit this joint status report setting forth the result of their meet-and-confer efforts related to Plaintiffs' privilege claims over documents pertaining to non-party Yaxue Cao.

1. As of the date of the Court's February 24, 2023 minute order, Plaintiffs asserted privilege over 256 documents.

2. Between February 24, 2023 and March 14, 2023, the parties narrowed the documents in dispute to 194 claimed privileged materials.

3. Specifically, Defendants withdrew their privilege challenges to 32 documents. Similarly, Plaintiffs withdrew their privilege claims to 30 documents.

4. In connection with the meet-and-confer efforts, Plaintiffs also produced various written authorization and agency agreements, executed between February and October 2016, relating to the relationship between Plaintiffs and Ms. Cao. Defendants contend that, at minimum, these agreements suggest no work product protection could apply before each Plaintiff retained Ms. Cao as his agent.

5. On March 14, 2023, the parties conferred via phone conference for approximately

1

2.5 hours, discussing the basis for Plaintiffs' privilege claims over the remaining 194 documents.

6. The parties agreed, as a result of this conference, to consider whether further narrowing of the documents in dispute was possible.

7. For example, Plaintiffs agreed to review privilege claims related to approximately 10 documents.

8. Additionally, Defendants agreed to consider legal authorities provided by Plaintiffs as those may relate to certain claims of privilege and protection of documents exchanged between Ms. Cao and third parties under Rule 26(b)(3). Plaintiffs have provided such authority, and, as of this filing, Defendants are still reviewing the same.

9. Defendants are also considering whether to maintain their challenges with respect to emails and related materials exchanged between Ms. Cao and lawyers that she (and, by extension, Plaintiffs) did not formally retain via written agreement.

10. Nonetheless, there remain overarching issues where the parties have not reached agreement.

11. First, the parties remain in disagreement over whether materials on the Cao Log predating October 28, 2016 (the date all Plaintiffs signed "Agency Agreements" with Ms. Cao) qualify for privilege protection.

12. Second, the parties remain in disagreement over whether Defendants have demonstrated a substantial need for the 194 documents that remain in dispute on the Cao Log (less any documents that the parties may agree are—or are not—subject to privilege based on the ongoing reviews described in Paragraphs 6-8).

13. The parties have reached an impasse on these two issues.

14. Accordingly, after the parties complete their consideration of the issues described

in Paragraphs 6-8, they will submit a final status report on March 29, 2023.

15.     Finally, the parties respectfully advise the Court that the parties are also currently meeting-and-conferring over challenges asserted by Plaintiffs to claims of privilege made by Defendants over several hundred documents. To the extent the parties are unable to reach agreement regarding those privilege claims, and to the extent the Court is considering referring disputes over Plaintiffs' privilege claims to a magistrate judge, the parties respectfully submit that judicial economy would be best served by referring disputes over Defendants' privilege claims as well.

Dated: March 17, 2023

Respectfully submitted,

McGuireWoods LLP

/s/ *Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
888 16th Street, N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

NORTH RIVER LAW PLLC
/s/ *Times Wang*
Times Wang (D.C. Bar 1025389)
1300 I Street NW, Suite 400E
Washington, DC 20005

Telephone: (202) 838-6489
twang@northriverlaw.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

PERRY CHARNOFF PLLC
*/s/Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
Telephone: 703-291-6650
mike@perrycharnoff.com

*Counsel for Defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for Defendants Laogai Research Foundation and Laogai Human Rights Organization*

4