UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU**, *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **OATH HOLDINGS, INC.**, *et al.* <br><br> **Defendants.** | Case No. 1:17-cv-00635-RDM <br><br> Judge Randolph D. Moss |

**JOINT STATUS REPORT CONCERNING MEDIATION
AND THIRD AMENDED COMPLAINT**

Plaintiffs and Defendants jointly file this status report to advise the Court of certain matters and to request relief from the pretrial schedule.

1. The Parties have agreed to mediate this dispute before Retired U.S. District Judge Walter Kelley. The mediation is scheduled to take place on May 9 in Washington DC.

2. With the Court's permission, the Parties have agreed to stay deposition and expert discovery at this time.

3. In the event the mediation is unsuccessful, in whole or in part, Plaintiffs intend to file a motion to amend the complaint. Defendants anticipate opposing the motion to amend. In the event a motion to amend is filed, Plaintiffs agree to file the same on or before May 30 and Defendants agree to file their response on or before June 29.

4. Once the Court rules on the motion to amend, the Parties request a status conference with the Court to determine the scope of any remaining discovery and to set final pretrial deadlines.

5. In the light of the parties' agreement to mediate and to forego additional depositions and expert discovery before May 9, the parties jointly request that the Court release all fact

1

and expert discovery deadlines pending a ruling on the motion to amend. The parties shall report to the Court on the results of the mediation no later than May 15, 2023.

Dated: March 30, 2023

Respectfully submitted,

McGuireWoods LLP

/s/ *Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
888 16th Street, N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

NORTH RIVER LAW PLLC
/s/ *Times Wang*
Times Wang (D.C. Bar 1025389)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 838-6489
twang@northriverlaw.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

PERRY CHARNOFF PLLC
*/s/Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
Telephone: 703-291-6650
mike@perrycharnoff.com

*Counsel for defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*