UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>OATH HOLDINGS, INC., *et al.*<br><br>**Defendants.** | Case No. 1:17-cv-00635-RDM<br><br>Judge Randolph D. Moss |

### SECOND JOINT STATUS REPORT CONCERNING MEDIATION

Pursuant to the Court's April 4, 2023 Minute Order, Plaintiffs and Defendants jointly file this second status report to advise the Court of certain matters related to mediation.

1. The Parties mediated this dispute before Retired U.S. District Judge Walter Kelley on May 9, 2023 in Washington DC.

2. Defendants consider the mediation to remain ongoing, and continue to make efforts to resolve this matter out-of-court.

3. Plaintiffs also consider the mediation to remain ongoing, and continue to make efforts to resolve this matter out-of-court. However, Plaintiffs do not consent to the adjournment of any forthcoming deadlines based upon the mediation.

4. The parties will provide the Court with a third status report concerning mediation by June 16, 2023.

Dated:  May 26, 2023

Respectfully submitted,

McGuireWoods LLP

/s/ *Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
888 16th Street, N.W.
Suite 500

Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

NORTH RIVER LAW PLLC
*/s/ Times Wang*
Times Wang (D.C. Bar 1025389)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 838-6489
twang@northriverlaw.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

CHARNOFF SIMPSON PLLC
*/s/Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street, Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for Defendant Estate of Harry Wu*

2

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*