UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>OATH HOLDINGS, INC., *et al*<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00635-RDM |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING PUBLIC DOCUMENTS**

Plaintiffs, the Yahoo Defendants, and the Laogai Defendants,[1] by counsel, and for good cause shown, move this Court to extend the deadline entered on May 31, 2023 to file a redacted, public version of Plaintiffs' Motion for Leave to Amend and accompanying exhibits by June 6, 2023 as follows:

　　　　1.　　On May 30, 2023, Plaintiffs filed a sealed Motion for Leave to File Under Seal a Motion to Amend, along with several exhibits including the proposed Third Amended Complaint. *See* Dkt. 162. The materials were filed under seal because Plaintiffs' Motion for Leave to Amend and the proposed Third Amended Complaint refer to information Defendants marked "Confidential" pursuant to the protective order entered in this action at Dkt. 102.

　　　　2.　　On May 31, 2023, the Court granted Plaintiffs' Motion for Leave to File Under Seal. It further ordered Plaintiffs to file a redacted, public version of the Motion for Leave to Amend and accompanying exhibits on or before June 6, 2023.

　　　　3.　　The parties are currently determining what information referenced in Plaintiffs' Motion for Leave to Amend and the proposed Third Amended Complaint remain confidential

---

[1] Counsel for the Estate of Harry Wu did not take a position on this motion.

1

pursuant to the protective order at Dkt. 102. Despite the parties' best efforts, the parties need more time to complete the analysis.

4. Thus, the parties ask the Court to extend the deadline to file a redacted, public version of Plaintiffs' Motion for Leave to Amend and accompanying exhibits, including the proposed Third Amended Complaint, to June 13, 2023.

## Request for Relief

For the above-stated reasons, all parties respectfully ask this Court to:

A. Grant the Motion;

B. Extend the deadline to file a redacted, public version of Plaintiffs' Motion for Leave to Amend and accompanying exhibits to June 13, 2023; and

C. Grant all other relief it deems just and proper.

Dated: June 6, 2023                                         Respectfully submitted,

*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
IMPRESA LEGAL GROUP
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com

*Counsel for Defendants Laogai Research Foundation and Laogai Human Rights Organization*

*/s/ Times Wang*
Times Wang (D.C. Bar 1025389)
NORTH RIVER LAW PLLC
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 838-6489
twang@northriverlaw.com

David Slarskey, Esq.
Evan Fried, Esq.
SLARSKEY LLC
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com
*Counsel for Plaintiffs*

*/s/ Brandi G. Howard*
Brandi G. Howard (D.C. Bar 156135)
MCGUIREWOODS LLP
Black Lives Matter Plaza
888 16th Street, N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
bhoward@mcguirewoods.com

Brian E. Pumphrey (admitted pro hac vice)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-7745
bpumphrey@mcguirewoods.com

*Counsel to Oath Holdings, Inc., Michael Callahan, and Ronald Bell*