UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> OATH HOLDINGS, INC., *et al.* <br><br> Defendants. | Case No. 1:17-cv-00635-RDM <br><br> Judge Randolph D. Moss |

**DEFENDANTS' JOINT MOTION TO DISMISS
PLAINTIFFS' THIRD AMENDED COMPLAINT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants Oath Holdings, Inc., Michael Callahan, Ronald Bell, the Estate of Harry Wu, Laogai Research Foundation, Laogai Human Rights Organization, and Impresa Legal Group (collectively "Defendants") hereby move to dismiss, in full, Plaintiffs' Third Amended Complaint, Dkt. 186.

As explained in the accompanying Memorandum of Points and Authorities ("Memorandum"), this Motion is made on the grounds that: (1) Plaintiffs lack Article III standing because their allegations do not establish a concrete, non-speculative injury in fact suffered by any Plaintiff, and (2) Plaintiffs lack charitable trust standing because their allegations fail to establish that Plaintiffs have the "special interest" in the Trust's continued enforcement necessary to pursue their claims under District of Columbia law.  The Defendants respectfully request that Plaintiffs' claims be dismissed with prejudice because any amendment would be futile.

1

This Motion is based on the concurrently filed Memorandum, its exhibits, and all other pleadings, papers, and evidence on file in this matter, any matters properly subject to judicial notice, and such other matters or argument as may be provided.[1]

Pursuant to Local Civil Rule 7(f), the Defendants hereby request an oral hearing on this Motion on a date mutually agreeable to the parties and Court.

Dated:  May 3, 2024                                          Respectfully submitted,

| MCGUIREWOODS LLP | CHARNOFF SIMPSON PLLC |
|---|---|
| /s/ *John J. Woolard* | /s/ *Michael D. Charnoff* |
| Brian E. Pumphrey (admitted *pro hac vice*) | Mikhael D. Charnoff (D.C. Bar 476583) |
| Garrett H. Hooe (admitted *pro hac vice*) | 111 Church Street NW |
| John J. Woolard (D.C. Bar No. 1614841) | Suite 202 A |
| 800 East Canal Street | Vienna, VA 22180 |
| Richmond, VA 23219 | Telephone: 703-291-6650 |
| Telephone: (804) 775-7745 | mike@charnoffsimpson.com |
| Facsimile: (804) 775-7065 | |
| bpumphrey@mcguirewoods.com | *Counsel for Defendant Estate of Harry Wu* |
| ghooe@mcguirewoods.com | |
| jwoolard@mcguirewoods.com | |
| | IMPRESA LEGAL GROUP |
| *Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell* | /s/ *George Kostel* |
| | George E. Kostel (D.C. Bar 1000015) |
| | Jason P. Matechak (D.C. Bar 461194) |
| | 3033 Wilson Boulevard, Suite 700 |
| CARR MALONEY P.C. | Arlington, VA 22201 |
| | Telephone: (703) 842-0660 |
| /s/ *J. Peter Glaws, IV* | georgekostel@impresalegal.com |
| J. Peter Glaws, IV (D.C. Bar 1013049) | jasonmatechak@impresalegal.com |
| 2000 Pennsylvania Ave., NW, Suite 8001 | |
| Washington, D.C.  20006 | LAW FIRM OF WILLIAM BLAKELY |
| (202) 310-5500 (Telephone) | William Douglas Blakely (D.C. Bar 326793) |
| (202) 310-5555 (Facsimile) | 10908 Thimbleberry Ln |
| peter.glaws@carrmaloney.com | Great Falls, VA 22066 |
| | Telephone: (703) 430-4398 |
| *Counsel for Defendant Impresa Legal Group* | wblakely@williamblakelylaw.com |
| | |
| | *Counsel for Defendants Laogai Research* |

---

[1] Impresa is also filing its own, additional, motion to dismiss based upon issues unique to it.

*Foundation and Laogai Human Rights Organization*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2024, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

                 /s/ *John J. Woolard*