IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HE DEPU, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 1:17-0635-RDM |
| | : | |
| v. | : | |
| | : | |
| OATH HOLDINGS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT IMPRESA LEGAL GROUP'S
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Defendant Impresa Legal Group, by counsel and pursuant to Fed. R. Civ. P 12(b)(6), respectfully moves the Court for an order dismissing Plaintiffs' Third Amended Complaint in full and with prejudice for the following reasons:

- Plaintiffs lack Article III standing and Plaintiffs lack charitable trust standing;

- Plaintiffs' claim against Impresa for Restitution is barred by the three-year statute of limitations;

- Plaintiffs' claim against Impresa for Restitution is barred by the doctrine of latches; and

- Impresa Legal Group is a fictitious trade name and not subject to suit.

As more fully explained in the accompanying Memorandum of Points and Authorities, these reasons require the Court to dismiss the claims against Impresa in full and with prejudice.

Respectfully Submitted,

IMPRESA LEGAL GROUP
By Counsel

CARR MALONEY P.C.

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV (DC Bar #: 1013049)
2000 Pennsylvania Avenue, NW
Suite 8001
Washington, DC 20006
(202) 310-5500 (Tel)
(202) 310-5555 (Fax)
Peter.Glaws@carrmaloney.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd Day of May, 2024, a true and accurate copy of the foregoing ***Defendant Impresa Legal Group's Motion to Dismiss Plaintiffs' Complaint, Memorandum in Support Thereof and Proposed Order*** were electronically filed and served on all counsel of record:

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV (DC Bar #: 1013049)