**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HE DEPU, *et al.*, | : |
| | : |
| Plaintiffs, | :   Civil Action No.: 1:17-0635-RDM |
| | : |
| v. | : |
| | : |
| OATH HOLDINGS, INC., *et al.*, | : |
| | : |
| Defendants. | : |

# **ORDER**

UPON consideration of the Motion to Dismiss filed by Defendant Impresa Legal Group, Plaintiffs' Opposition, Impresa's Reply, and the arguments of counsel, if any, it is hereby

ORDERED that for the reasons argued by Impresa, its Motion to Dismiss is GRANTED; and it is further

ORDERED that all claims against Impresa Legal Group contained within the Third Amended Complaint are dismissed in full and with prejudice.


So Ordered

_____
United States District Court Judge