**EXHIBIT 3**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11180590
Filing Number: 2102192937889
Filing Date/Time: 02/19/2021 01:26 PM
Effective Date/Time: 02/19/2021 01:26 PM

## Fictitious Name - Fictitious Name Certificate

### Fictitious Name

Fictitious Name:   Impresa Legal Group

### Applicant Information

| Name | Address | Email |
|---|---|---|
| Kostel-Matechak, PLLC | George E. Kostel, Esq., 514 Cameron St., Alexandria, VA, 22314, USA | georgekostel@impresalegal.com |

### Signature Information

Date Signed: 02/19/2021

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Kostel-Matechak, PLLC | Limited Liability Company | George E. Kostel | George E. Kostel | Managing member |