# PROPOSED ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>OATH HOLDINGS, INC., *et al.*<br><br><br>　　　　　　　Defendants. | Case No. 1:17-cv-00635-RDM<br><br>Judge Randolph D. Moss |

### ORDER

UPON consideration of the Joint Motion to Dismiss Plaintiffs' Third Amended Complaint filed by Defendants Oath Holdings, Inc., Michael Callahan, Ronald Bell, the Estate of Harry Wu, Laogai Research Foundation, Laogai Human Rights Organization, and Impresa Legal Group (collectively "Defendants"), Plaintiffs' opposition, any reply, and the arguments of counsel, if any, it is hereby

ORDERED that for the reasons argued by Defendants, their Joint Motion to Dismiss Plaintiffs' Third Amended Complaint is GRANTED; and it is further

ORDERED that all claims against Defendants contained within the Third Amended Complaint are dismissed in full and with prejudice.

DONE and ORDERED this the ___ day of _____, 2024.

_____
Judge Randolph D. Moss