# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**OATH HOLDINGS, INC.,** *et al.*<br><br>**Defendants.** | Case No. 1:17-cv-00635-RDM<br><br>Judge Randolph D. Moss |

## DECLARATION OF YONGYI SONG

I, Yongyi Song, am over the age of eighteen, and declare based on my personal knowledge and under penalty of perjury as follows:

1. I prepared and submitted a Declaration in support of the Defendants' Motion to Dismiss the Third Amended Complaint ("Song Dismissal Declaration").

2. Since that time, I understand Plaintiffs have opposed dismissal. Plaintiffs assert in that opposition that "[t]oday, there is no cash left" to support the purposes of the Yahoo Human Rights Fund (the "Fund"). Plaintiffs also claim that "[t]he building [owned by the LRF] may be worthless because the Laogai Research Foundation ('LRF') and the Laogai Human Rights Organization ('LHRO') owe back taxes, property taxes, and more fees to their attorneys. For all practical purposes, the [Fund] is gone."

3. These statements are false.

4. As I explained in the Song Dismissal Declaration, during the current fiscal year of 2023-2024 (and as of April 2024), the Fund has provided approximately $13,000 to 17 Chinese political victims. Song Dismissal Declaration ¶ 20. In the past two weeks, LRF also sent $1,600 as Small Humanitarian Aid to 10 June 4 massacre victims (*see* **Exhibit 1**), making humanitarian

1

aid this year reach nearly $14,600 for 27 Chinese political victims. Therefore, the claim that "there is no cash left" in the Fund is incorrect.

5. The Fund will continue issuing humanitarian aid grants to those who apply and are qualified for receipt of such funds. These grants would be similar in value to, for example, the $500 in aid that Plaintiff Xu Yonghai received from the Fund, through the Independent Chinese PEN Center ("PEN Center"), just a few months ago, in February 2024. *Id.* ¶ 104.

6. Additionally, the Fund still possesses significant assets, primarily in the form of the Laogai Museum ("Museum") property, which is located in the Dupont Circle area of Washington D.C.[1]

7. As an initial matter, LRF is an IRS 501(c) organization, so it does not owe any federal or state taxes, and cannot owe "back taxes." There are also no "property taxes" owed on the Museum property. As shown in the attached materials from the District of Columbia Office of Tax and Revenue (*see* **Exhibit 2**):

- The LRF has a $0.00 property tax balance for the Museum property, Ex. 2 at 1;
- The Museum property has been assessed at a little over $2.1M for 2024, and a little over $3M for 2025, *id.* at 2; and
- The LRF has made on-time tax payments for years, including a $17,800.64 payment on February 29, 2024, *id.* at 4, 6.

8. Additionally, the property sale will more than cover any future taxes and fees owed to our counsel for defending against the Plaintiffs' lawsuit.

---

[1] This year, LRF received a purchase offer of $1.8 million for the Museum property with assistance of a broker and legal counsel. LRF Board is not yet committing to the sale or contract of the property. However, even at that sale price, through initial estimates by some real estate workers, the net proceeds can be approximately $1 million for LRF.

2

9. LRF intends to use the net proceeds to continue awarding qualifying dissidents humanitarian aid, as it has done for the last seventeen years. However, the LRF is prohibited from consummating the sale of the Museum property because of the lis pendens filed by the Plaintiffs.

10. I believe that, after selling, the Fund can easily continue providing humanitarian relief for hundreds, if not thousands, of individuals over at least the next ten years.

11. For context, consider that in 2022, the Fund supported 59 individuals via humanitarian grants to the PEN Center and through the LRF's Small Humanitarian Aid Grant program. Song Dismissal Declaration ¶ 102. These grants totaled $15,600. *Id.*

12. As I noted in the Song Dismissal Declaration, all LRF board members serve on a volunteer basis, without any pay. *Id.* ¶ 8. The LRF also has no current employees. Its expenses, therefore, are minimal.

13. Thus, to reiterate, the Fund's humanitarian purpose is not "functionally destroyed." Nor has the LRF fundamentally altered its approach to evaluating and providing humanitarian relief to eligible individuals.

14. I would like to call attention to one other item from Plaintiffs' brief opposing our dismissal request. Plaintiffs' brief states that Plaintiff Wang Jinbo did not receive humanitarian assistance from the PEN Center, and Wang Jinbo's supporting declaration states that he only received from the PEN Center "fees for services I rendered to the [PEN Center] in connection with editing the [PEN Center's] website."

15. But as explained below, based on the information Wang Jinbo represented to the LRF in his capacity as Secretary General of the PEN Center, *see id.* Ex. 12, Wang Jinbo received $1,000 of "Humanitarian Assistance" from the Fund in the fiscal year of 2019 and received

3

another $1,000 in the fiscal year of 2020, *see id.* Ex. 16, 25.

16. To further the Fund's humanitarian aims, the LRF has distributed over $100,000 since 2018 to the PEN Center.  Those funds have gone to dozens upon dozens of dissidents.

17. To obtain this remuneration, the LRF has required that the PEN Center complete a "Humanitarian Grant Application Form" yearly, particularly in the first year of the grant application.  *Id.* ¶¶ 56-58; *see also id.* Ex. 9, 12.  The form appeared like this for the 2018 fiscal year, for example:



**LAOGAI RESEARCH FOUNDATION**
**WASHINGTON DC, USA**

**HUMANITARIAN GRANT**
**Application Form**

| Project Title | Supporting the Writers at Risk in China |
|---|---|
| Name of Organization | Independent Chinese PEN Center (ICPC) |
| EIN # | 46-3759164 |

*Id.* Ex. 12.

18. The application requires that the PEN Center identify the head of the organization, relevant contact information, the location of the project, the dates of the project, the planners of the project, the project budget, and "a list of potential individual recipients and each potential recipient's brief information".  *Id.*

19. The "Name(s) of Investigators/Project Planners" listed on the PEN Center's fiscal year 2019 application (which includes the whole calendar year 2019) identifies two current

Plaintiffs, Wang Jinbo and He Depu, with their titles (Secretary General of the PEN Center and Board Member of the PEN Center, respectively):

| Project Date(s) | 1/1/2019 – 12/31/2019 |
|---|---|
| Name(s) of Investigators/ Project Planners | Jinbo Wang, secretary-general of ICPC and webmaster<br>Depu He, board member of ICPC and director of WiPC<br>Yu Zhang, accountant of ICPC and coordinator of WiPC<br>Jianhong Li, member of WiPC and web editor |

*Id.*

20. Once it provides a grant to an organization like the PEN Center, the LRF requires the organization to document that it has carried out humanitarian aid projects in accordance with the plan provided to LRF in the application. *Id.* ¶ 59; *id.* Ex. 13.

21. The PEN Center titles its materials, "Report on LRF Grant." *Id.* Ex. 16. The report corresponding to the project year described immediately above, 2019, states: "We have selected the cases for Humanitarian Assistance Program and sent the moneys in equivalent amount of $27,000 USD to the respective contacts associated to 41 writers at risk or their families in China (see attached list)." *Id.* Pages 2-4 of the report list the 41 writers at risk, and the amounts of humanitarian aid provided by the Fund (via the PEN Center) to those individuals, including $1,000 in "Humanitarian Assistance Distribution" during calendar year 2019 to Wang Jinbo. In the same way, the "Humanitarian Assistance Distribution" during calendar year 2020 indicated another $1,000 to Wang Jinbo as follows:

**Humanitarian Assistance Distribution (2019)**

| No | Name | Recipient | Bank Account and Telephone | USD | CNY |
|----|------|-----------|-----------------------------|-----|-----|
| 24 | WANG Jinbo 王金波 | WANG Jinbo 王金波 | 中国工商银行<br>帐号： 6216 2002 0002 2060 831<br>Tel: 13911961032 | 1000 | 6850 |

*Id.* at 3, 4.

**Humanitarian Assistance Distribution (2020)**

| No | Name | Recipient | Bank Account and Telephone | USD | CNY |
|----|------|-----------|-----------------------------|-----|-----|
| 31 | WANG Jinbo 王金波 | WANG Jinbo 王金波 | 中国工商银行<br>帐号： 6216 2002 0002 2060 831<br>Tel: 13911961032 | 1000 | 7000 |

Ex. 25. at 3, 4.

    22.    According to the PEN Center, individuals listed between numbers 21 and 24 (2019) or 29-38 (2020) (including Wang Jinbo) are "[PEN Center] members who have joined it after release from imprisonment." *Id.* at 5.

    23.    The 2019 Report on the LRF Grant from the PEN Center was prepared by Dr. Yu Zhang, the PEN Center's Accountant, and approved and signed by Tienchi Martin-Liao, President of the PEN Center. *Id.* Ex. 16 at 5. The 2020 Report was prepared by Dr. Yu Zhang, the PEN Center's Secretary-general of ICPC and coordinator of WiPC, and signed by Professor Yiran Pei, the New President of the PEN Center. Therefore, there is no reason to call into question their authority and classification.

    24.    Humanitarian aid is a kind of financial assistance that can be achieved through many different methods; in some cases, an NGO organization can give cash to victims by

6

providing him/her a service opportunity. As long as the original fund's nature is humanitarian aid, and the beneficiary is qualified, the Fund's owner should not deny the NGO's method to execute the aid and force them to return the money. However, if the beneficiary feels extremely uncomfortable, they can always freely return the money to the NGO and ask them to return it to the original owner for other victims.

25. With the apparent exception of Wang Jinbo, none of the Plaintiffs that I identified as having received thousands in humanitarian aid since 2019 refute the fact of those grants, which grants are directly traceable to the Fund.

26. It is notable that these Plaintiffs were both actively seeking and receiving humanitarian aid (on behalf of themselves and others)—which they should have known was attributable to the Fund and the LRF—at the same time, they were falsely representing in this litigation that the LRF had terminated the humanitarian purpose.

27. I conclude by reiterating that the Fund's humanitarian purpose was never, and has not been, terminated—or "functionally destroyed," in the words of the Plaintiffs' attorneys. It was not true in 2017, and it is not true now.

28. I once again invite Plaintiffs to apply for assistance from the Fund. If we can help them in any way, we will do our best to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 14, 2024

_____
Yongyi Song

# Exhibit 1
# to Declaration of Yongyi Song (June 14, 2024)

Gmail - About the financial aid to 10 victims of Tiananmen Massacre
Case 1:17-cv-00635-RDM  Document 200-1  Filed 06/14/24  Page 10 of 19
...aede772&view=p...


# Gmail

Yongyi Song <annhill17013@gmail.com>

## About the financial aid to 10 victims of Tiananmen Massacre
2 messages

**Yang Zili** <yzlsmlbx@gmail.com>  Wed, Jun 12, 2024 at 7:54 PM
To: Yongyi Song <annhill17013@gmail.com>

Dear professor Song,

According to your instruction, I had completed the activity to provide small amount grant to 10 victims of Tiananmen Massacre.

The Summary is as below:

Each person was given $160, and total is $1600. Specific record is as the table

| Name | Sentence | Activity | Aid Receiver | Bank Account | Amount | Date |
|---|---|---|---|---|---|---|
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1156.16 | 5/17/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1161.16 | 5/17/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1157.16 | 5/17/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1156.16 | 5/18/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1156.16 | 5/18/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | ▓ | ¥1161.16 | 5/18/2024 |
| ▓ | Nine years of imprison | ▓ | ▓ | ▓ | ¥1161.16 | 5/19/2024 |
| ▓ | Death Penalty with reprieve | ▓ | ▓ | Transfer by Wechat | ¥1155 | 5/17/2024 |
| ▓ | Life imprisonment | ▓ | ▓ | Transfer by Wechat | ¥1160 | 5/17/2024 |
| ▓ | One year of imprison | ▓ | ▓ | Transfer by Zelle | $160 | 5/16/2024 |

Note:
1, The amount to each person has a little difference, because I was afraid that these transfers with the same amount

will call attention from China authority.
2, ███████ was considered because he was arrested and sentenced a few times, not only due to his activities in the protest in 1989.

Zili Yang
Executive of the Program of Small Amount Humanitarian Aid of LRF

--
杨子立 敬上

---

**Yongyi Song** <annhill17013@gmail.com>　　　　　　　　　　　　　　Wed, Jun 12, 2024 at 7:56 PM
To: Yang Zili <yzlsmlbx@gmail.com>

Many thanks 🙏 Lao Song
[Quoted text hidden]

# Exhibit 2
# to Declaration of Yongyi Song (June 14, 2024)

 **DC Office of Tax and Revenue**

 MyTax DC

< Home

# Property Details

| | | | |
|---|---|---|---|
| SSL | : 0151- -0243 | | > **Make a Payment** |
| Premise Address | : 1901 18TH ST NW WASHINGTON DC 20009 | **Balance** | : **$0.00** |

**Details**   Assessment   Tax Information   Map   Applications and Actions

## Details

| | |
|---|---|
| Use Code | : 042 - Store-Miscellaneous |
| Neighborhood | : 040 - Old City 2 |
| Sub-Neighborhood | : D |
| Ward | : 2 |
| Appraiser | : Robert Jackson |
| Mailing Address | : 1901 18TH ST NW WASHINGTON DC 20009-1730 |

## Sales Information

| | |
|---|---|
| Instrument Number | : 73469 |
| Recordation Date | : 20-Jul-2015 |
| Sale Price | : $2,550,000.00 |
| Sales Code | : Market Sale |
| Sales Type | : Improved |

## Owners                                                                                     Help

| Name |
|---|
| LAOGAI RESERACH FOUNDATION |

DC Office of Tax and Revenue

MyTax DC 

< Home

# Property Details

| SSL | : 0151- -0243 | > Make a Payment |
| Premise Address | : 1901 18TH ST NW WASHINGTON DC 20009 | Balance : **$0.00** |

Details    **Assessment**    Tax Information    Map    Applications and Actions

## Assessment Information

| Tax Type | : Taxable | Land Area | : 1,700 |
| Tax Class | : 2 - Commercial | Appraiser | : Robert Jackson |

## Assessment Values                                                                                               Help

### 2025

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Proposed S | 2 - Comme | $815,130.00 | $2,226,230.00 | $3,041,360.00 | $3,041,360.00 | None |
| Proposed F | 2 - Comme | $815,130.00 | $2,226,230.00 | $3,041,360.00 | $3,041,360.00 | None |

### 2024

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Hal | 2 - Comme | $815,130.00 | $1,352,220.00 | $2,167,350.00 | $2,167,350.00 | None |
| First Half | 2 - Comme | $815,130.00 | $1,352,220.00 | $2,167,350.00 | $2,167,350.00 | None |

### 2023

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Hal | 2 - Comme | $799,150.00 | $1,115,370.00 | $1,914,520.00 | $1,914,520.00 | None |
| First Half | 2 - Comme | $799,150.00 | $1,115,370.00 | $1,914,520.00 | $1,914,520.00 | None |

### 2022

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Half | 2 - Comme | $799,150.00 | $1,329,340.00 | $2,128,490.00 | $2,128,490.00 | None |
| First Half | 2 - Comme | $799,150.00 | $1,329,340.00 | $2,128,490.00 | $2,128,490.00 | None |

### 2021

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Half | 2 - Comme | $799,150.00 | $1,708,980.00 | $2,508,130.00 | $2,508,130.00 | None |
| First Half | 2 - Comme | $799,150.00 | $1,708,980.00 | $2,508,130.00 | $2,508,130.00 | None |

### 2020

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Half | 2 - Comme | $726,500.00 | $1,770,320.00 | $2,496,820.00 | $2,496,820.00 | None |
| First Half | 2 - Comme | $726,500.00 | $1,770,320.00 | $2,496,820.00 | $2,496,820.00 | None |

### 2019

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Half | 2 - Comme | $660,450.00 | $1,648,290.00 | $2,308,740.00 | $2,308,740.00 | None |
| First Half | 2 - Comme | $660,450.00 | $1,648,290.00 | $2,308,740.00 | $2,308,740.00 | None |

### 2018

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|---|---|---|---|---|---|---|
| Second Half | 2 - Comme | $605,880.00 | $1,689,810.00 | $2,295,690.00 | $2,295,690.00 | None |
| First Half | 2 - Comme | $605,880.00 | $1,689,810.00 | $2,295,690.00 | $2,295,690.00 | None |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*



 MyTax DC

Home

## Property Details

| SSL | : 0151- -0243 | | Make a Payment |
| Premise Address | : 1901 18TH ST NW WASHINGTON DC 20009 | Balance : | $0.00 |

Details | Assessment | **Tax Information** | Map | Applications and Actions

Tax Summary | Tax History | Billing History | **Payment History**

### Payments                                                                 Help

| Deposit Date | Payment Type | Status | Payment Amount |
|---|---|---|---|
| 29-Feb-2024 | Online | Posted | $17,880.64 |
| 21-Aug-2023 | Online | Posted | $15,794.79 |
| 01-Mar-2023 | Online | Posted | $15,794.79 |
| 10-Aug-2022 | Online | Posted | $17,560.05 |
| 03-Mar-2022 | Online | Posted | $17,560.05 |
| 20-Aug-2021 | Online | Posted | $20,692.08 |
| 09-Mar-2021 | Online | Posted | $20,692.08 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*





Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Date of Notice: February 16, 2024

Notice Number: L0011377311

## PROPERTY TAX BILL

| Square | Suffix | Lot  | Property Address | Bill Year | Assessment |
|--------|--------|------|------------------|-----------|------------|
| 0151   |        | 0243 | 1901 18TH ST NW  | 2024      | $2,167,350 |

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|-------------|-------|-----|---------|----------|--------|-------|
| 2024 First Half Tax | 2 | $17,880.64 | $0.00 | $0.00 | $0.00 | $17,880.64 |
| **Total** | | **$17,880.64** | **$0.00** | **$0.00** | **$0.00** | **$17,880.64** |
| **Amount Due By March 31, 2024** | | | | | | **$17,880.64** |

**Additional Information**                                 (Please see reverse side for important information.)

- Real Property Tax is based on the Taxable Assessment of $2,167,350.00 at a rate of $1.65 per $100. Estimated annual tax amount $35,761.28.
- 20% of your Tax Year 2024 Real Property Tax is used to pay the General Obligation Bonds debt service requirement.
- Your real property is **NOT** receiving Homestead Deduction/Senior/Disabled Tax Relief or Disabled Veterans Homestead.

**Forecasted Amounts for Late Payments**

| If paid by: | Apr 1, 2024 | Amount Due | $17,880.64 | If paid by: | May 1, 2024 | Amount Due | $20,205.12 |
| If paid by: | Apr 2, 2024 | Amount Due | $19,936.91 | If paid by: | Jun 1, 2024 | Amount Due | $20,473.33 |

---

RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE

LAOGAI RESERACH FOUNDATION
1901 18TH ST NW
WASHINGTON DC  20009-1730

| Media Number: | 146317688 |
| Notice Number: | L0011377311 |
| Tax Type: | Real Property Tax |
| Account ID: | 700-001251107 |
| SSL: | 0151-    -0243 |
| Due Date: | 31-Mar-2024 |
| Amount Due: | $17,880.64 |

OFFICE OF TAX AND REVENUE
DC GOVERNMENT REAL PROPERTY TAXES
P.O. BOX 718095
PHILADELPHIA, PA 19171-8095

Amount Enclosed: $ ☐☐☐,☐☐☐,☐☐☐.☐☐

**Make check or money order payable to: DC TREASURER**
Please use the enclosed envelope and include your SSL and tax type on your payment



0151XXXX024301463176887000012511070001788064 6

# TAX BILL INFORMATION

**PAYMENTS:**

**The real property tax payment due date for this tax bill is displayed on the reverse side within the tax liability table.** If the due date falls on a weekend or holiday, the payment will be due the next business day.

Pay Online

Make a secure **ACH** or **Credit Card** payment through the *MyTax.DC.gov* online portal:
1. From the *MyTax.DC.gov* homepage, click on the "Make a Real Property Payment" link and enter the Square, Suffix, Lot number, or Street Address.
2. Select the desired payment method (ACH or Credit Card).
3. Select the tax account for which you would like to make a payment.
4. Enter the appropriate information and submit the payment.
5. Retain the confirmation number for your records.

Pay by Check
1. Make your check payable to the "DC Treasurer."
2. To ensure your payment is recorded accurately, you **must** write your **Square, Suffix, Lot (SSL) number** on your check or money order.
3. If you are submitting payments for more than one property, you **must** include separate checks for each payment voucher.
4. Mail your check with the voucher at the bottom of this notice to: Office of Tax and Revenue DC Government Real Property Taxes, P.O. Box 718095, Philadelphia, PA 19171-8095.
Payments must be received at that address by the due date to be credited as timely. The District cannot be responsible for delays in the mail.

**Please note:** OTR accepts MasterCard, Visa, American Express, and Discover cards for credit card payments made online. There is a 2.5 percent non-refundable convenience fee, charged by the processor, when making a credit card payment. The convenience fee does not apply to ACH payments. Also, the credit card payment amount is not to exceed $100,000.00 (inclusive of 2.5 percent non-refundable convenience fee) per transaction and is limited to a maximum of two (2) transactions per month.

**TAX SALE:**

Properties delinquent in the payment of real property tax, BID tax, vault rent, special assessments, or other certified liens may be subject to sale at the District's annual tax sale.

**PENALTY, INTEREST, AND FEES:**

The law provides that if your real property and/or BID tax is not paid in full by the due date on the tax bill, the Office of Tax and Revenue **must** charge a penalty equal to 10% of the delinquent tax, as well as interest at the rate of 1.5% per month (or part thereof) until paid in full. Furthermore, a $65 fee will be assessed for each dishonored payment. Waiver requests can be submitted via MyTax.DC.gov for consideration.

**BILL QUESTIONS:**

For assistance with billing related inquiries as well as MyTax.DC.gov, please contact our e-Services Unit at (202) 759-1946 or email e-services.otr@dc.gov, 8:15 am to 5:30 pm, Monday through Friday. For assistance with property classification III (3) and IV (4), please contact the Office of Residential Inspection Unit of the Department of Building at (202) 671-3500 or email vacantbuildings@dc.gov.