UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>                    Plaintiffs,<br><br>           v.<br><br>OATH HOLDINGS, INC., *et al.*,<br><br>                    Defendants. | No. 1:17-0635-RDM<br><br>Judge Randolph D. Moss |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Section 8 of this Court's standing order, Plaintiffs He Depu, Li Dawei, Xu Wanping, Wang Jinbo, Ouyang Yi, and Xu Yonghai respectfully move for leave to file the attached sur-reply. Good cause exists for a sur-reply because Defendants' reply included evidence and argument about the current status of the Yahoo Human Rights Fund ("the trust") not contained in their opening papers, and because, after that reply, the Laogai Research Foundation produced documents showing that Defendants' moving papers, and specifically the two declarations of Yongyi Song, at best raise considerable fact disputes precluding dismissal, and at worst were badly misleading.

1

Dated: August 6, 2024                        Respectfully submitted,

**FARRA & WANG PLLC**
*/s/ Times Wang*
Times Wang (D.C. Bar 1025389)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-6227
twang@farrawang.com

**SLARSKEY LLC**
David Slarskey (admitted *pro hac vice*)
Evan Fried (admitted *pro hac vice*)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*