UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OATH HOLDINGS, INC., *et al.*, <br><br> Defendants. | No. 1:17-0635-RDM <br><br> Judge Randolph D. Moss |

**DECLARATION OF TIMES WANG**

I, Times Wang, declare as follows:

1. I am over the age of 18, and am competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of an email chain between me and counsel for the Laogai Research Foundation and the Laogai Human Rights Organization.

3. Attached as Exhibit 2 is a true and correct copy of a printout made in August 2024 of a page from the LRF's website.

4. Attached as Exhibit 3 is a true and correct copy of a document produced by the LRF in this litigation beginning with the Bates number LRF00154006.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by the LRF in this litigation beginning with the Bates number LRF00153947.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by the LRF in this litigation beginning with the Bates number LRF00153980.

7. Attached as Exhibit 6 is a true and correct copy of a printout made in August 2024 of a page from the website for China In Perspective.

1

8.    Attached as Exhibit 7 is a true and correct copy of a document produced by Plaintiff Xu Yonghai in this litigation beginning with the Bates number XYH-00012.

9.    Attached as Exhibit 8 is a true and correct copy of a document produced by Plaintiff Wang Jinbo in this litigation beginning with the Bates number WJB-00012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: August 6, 2024              /s/ Times Wang
                                          Times Wang