**Times Wang**

| | |
|---|---|
| **From:** | Times Wang |
| **Sent:** | Thursday, June 27, 2024 9:19 AM |
| **To:** | Rich Kelsey; George Kostel |
| **Cc:** | Pumphrey, Brian E.; Mike Charnoff; Glaws, J. Peter; Adam Farra; Jaclyn Floro; David Slarksey |
| **Subject:** | Re: He Depu et al. v. Oath Holdings et al. - Laogai documents |

Rich,

Do you have an update? Given that these documents to go, among other things, the veracity of Song's recent declarations, they should've been produced long ago.

Please also produce all documents and communications relating to the offer on the building.

Times

---

**From:** Rich Kelsey <RichKelsey@impresalegal.com>
**Sent:** Thursday, June 20, 2024 1:39 PM
**To:** Times Wang <twang@farrawang.com>; George Kostel <GeorgeKostel@impresalegal.com>
**Cc:** Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; Mike Charnoff <mike@charnoffsimpson.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Adam Farra <afarra@farrawang.com>; Jaclyn Floro <jfloro@farrawang.com>; David Slarksey <dslarskey@slarskey.com>
**Subject:** RE: He Depu et al. v. Oath Holdings et al. - Laogai documents

Times:

We will review and consult with our client. We will reply substantively as soon as I have an update.

Thx

*[signature: Rich]*

Richard K. Kelsey
Counsel
Impresa Legal Group
3033 Wilson Blvd., Ste. 700
Arlington, Va 22201
703-842-0660 (O)
703-459-0866 (C)
Fax 703-243-8696

-------- Original message --------
From: Times Wang <twang@farrawang.com>
Date: 6/19/24 7:11 PM (GMT-05:00)
To: George Kostel <GeorgeKostel@impresalegal.com>, Rich Kelsey <RichKelsey@impresalegal.com>
Cc: "Pumphrey, Brian E." <bpumphrey@mcguirewoods.com>, Mike Charnoff <mike@charnoffsimpson.com>, "Glaws, J. Peter" <Peter.Glaws@carrmaloney.com>, Adam Farra <afarra@farrawang.com>, Jaclyn Floro <jfloro@farrawang.com>, David Slarksey <dslarskey@slarskey.com>
Subject: He Depu et al. v. Oath Holdings et al. - Laogai documents

George and Rich,

I write regarding Laogai's document production.

**Financial account statements.**

1. Below are the account numbers for financial accounts for which we have some statements:
    a. LRF
        i. 0040 55 5965 5123
        ii. 133565000
        iii. 4350 0252 2614
        iv. 4350 0807 0979
        v. 4350 0483 7417
        vi. 0910 00105627698
        vii. 53 0536 4166
        viii. 4003 9040 2609 9699
        ix. 039 71772
        x. 4350 0252 2575
        xi. 4350 0483 0168
        xii. 0041 1900 2429
        xiii. 4350 0260 1412
        xiv. 0041 2212 8099
        xv. 0041 2212 8109
        xvi. 9854611283
        xvii. 038 70406
        xviii. 888 65285
        xix. 888 40673
        xx. 038 69387
        xxi. 58708125
        xxii. 76856612
        xxiii. 58891778
        xxiv. 039 35294
        xxv. 4350 2111 3046
        xxvi. 4350 1428 0520
    b. LHRO
        i. 200090207

2

**Exhibit 1 - p. 2 of 3**

        ii.     2960490
        iii.    888 58212
        iv.    2960490

c. It is unclear from the production the status of all these accounts. But for the ones that have been active during this case, could you please work with your clients and their financial advisors to make sure all statements have been produced through the present, and to produce them on an ongoing basis as they are issued? This applies especially to the main operating accounts, which appear to be EagleBank account number 200090207 for the LHRO (the latest statement we appear to have is from June 2022, which was produced directly by EagleBank, and which we then produced to you) and BoA account 4350 0252 2575 for the LRF (the latest statement we appear to have is from September 2020, at PKS00003320).

d. We also don't appear to have the bank statements from the 2007 and 2008 timeframes reflecting the four payments from Yahoo constituting the YRHF. These should be in the accounts ending in 2575 and 1412. Would you mind working with your clients to produce those as well?

e. This overlaps with item 1.c. above, but we also need bank statements that show the current amount remaining in the trust.

**General ledger information.**

We appear to be missing the below general ledger information. Please produce them.

2. General Ledgers
   a. Peach Tree General Ledgers for FY 2011, 2017, and 2018 for the accounts starting with 1005, 1050 (PKS00002731 is an example of such a report).
   b. General Ledgers for FY 2012 for the accounts starting with 1010, 1020 (PKS00002973 is an example of such a report)
   c. QuickBooks General Ledgers for Fiscal Years 2021 through the present.

**Humanitarian aid applications and related documents.**

Please confirm that you have produced all (and will produce on an ongoing basis):

3. Applications for funds for humanitarian purposes.
   a. Accepted applications
   b. Partially accepted applications
   c. Denied applications

Let me know if you have any questions.

Thanks,
Times