今天是2024年08月04日星期日            纵览中国@   



| 首页 Home | 中国与世界 China&the World | 经济中国 Economic China | 政治中国 Political China | 文化中国 Cultural China | 中国外交 China's Diplomacy | 人物聚焦 Character Spotlight | 关于我们 About Us |

首页 Home    关于我们 About Us

# 《纵览中国》网刊
## CHINA IN PERSPECTIVE
www.chinainperspective.com
www.chinainperspective.org

主办：

普林斯顿中国学社 PRINCETON CHINA INITIATIVE（PCI， served as the sponsor since October 2008）
劳改研究基金會 LAOGAI RESEARCH FOUNDATION（LRF, served as co-sponsor since December 2018）

发行人兼主编 Publisher/ Chief Editor:

陈奎德

编辑顾问 Editorial Advisers：

余英时　Yu Yingshih                                张灏　Chang Hao                                        林培瑞　Perry Link
(Princeton, Academician of Academia Sinica)      (Ohio U. , Academician, of Academia Sinica)          (Chair. Of PCI Board)

编辑委员会 Editorial Board:

陈奎德　Chen Kuide                        陈彦　Chen Yan                              程晓农　Cheng Xiaonong
(Executive, PCI)                         (PhD, Paris Univ.)                         ( Scholar, PCI)

程映虹　Cheng Yinghong                    龚小夏　Gong Xiaoxia                        何清涟　He Qinglian
(Delaware State Univ.)                   (PhD, Harvard)                             (Scholar, US)

胡平　Hu Ping                             焦国标　Jiao Guobiao                        刘柠　Liu Ning
(Scholar, US)                            (Scholar, Beijing)                         (Scholar, Beijing)

秦伟平　Qin, George                       冉云飞　Ran Yunfei                          宋永毅　Song Yongyi
(Editor, CIP)                            ( Scholar, Sichuan)                        (Prof. UCA)

王军涛　Wang Juntao                       王力雄　Wang Lixiong                        王天成　Wang Tiancheng
(PhD of Columbia)                        (Scholar & Writer, Beijing)                (Columbia Univ.)

王怡　Wang Yi                             唯色　Wei Se                                吴国光　Wu Guoguang
(Chengdu Univ.)                          (Writer, Beijing)                          (Victoria Univ. Canada)

夏明　Xia Ming                            杨逢時　Yang Fengshi                        余杰　Yu Jie
(New York City Univ.)                    (Scholar, LRF)                             (Writer, Scholar, Beijing)

张郎郎　Zhang Langlang                    张伟国　Zhang Weiguo                        郑义　Zheng Yi
(State Dept., PCI)                       (Journalist, CA)                           (PCI, President of ICPC)

编辑部

主编：陈奎德 Chen, Kuide        编辑： 秦伟平 Qin, Weiping (USA)，曹旭云 Cao, Xuyun (Europe)

电话&电传（US）703-625-7331       Email： pijihuafu@gmail.com

相关链接

纽约时报 | 外交政策 | 金融时报 | 经济学人 | 博讯 | 中国民主转型研究 | 记者无疆界 | 华尔街日报 | 自由亚洲电台 | 美国之音 | 法国国际广播电台中文网 | 天安门母亲网站

独立中文笔会 | BBC | UN人权 | 外交双月刊 | 中国數字時代 | 新公民運動 | 民主中国 | 禁书网 | 中国人权双周刊 | 华夏文摘 | 光传媒 | 西藏之页 | 大纪元 | 六四天网

文革受难者纪念园 | 大赦国际 | 北京之春 | 中国人权 | 民主论坛 | 看中国 | 议报 | 美国参考 | 卡内基中国网 | 德国之声 | 联合早报

© 2008-2011 Princeton China Initiative. All Rights Reserved.

Exhibit 6 - p. 1 of 1