# INVOICE

*Invoice Date 帐单填发日期 _2024-0121

Invoice No. 帐单号码_

**\*Service Items 服务内容:**
24 hours of China Cashier for ICPC in 1 March 2023 – 28 February 2024

**\*Service Payment Rate 服务报酬比率:** US $ 25 per hour

**\*Total Amount for this Service Payment in US $ 服务费美元总额:** US$ 600
（人民币4260元）

**\*Vendor/Payee or Recipient 收款方名称:** XU Yonghai (徐永海)

**\*Address 收款方地址:** 中国北京市西城区新风南里10-6-501

**\*Telephone No. 收款方电话号码:** +8601082082198

Email address 收款方电子邮件地址: xuyonghai3@gmail.com

Social Security No. or Other ID No. 收款人社会保险号码或其它身份证号码:
身份证：110102196011260811

**Bank Account Information (including SWIFT code, if the recipient wants to receive the payment directly in her/his bank account)**
收款方银行帐号资料（包括SWIFT代码，若收款人愿意直接付款到银行帐号）
Bank of China Beijing，Dewai sub-branch
4563 5101 0089 2234 851
Swift code:BKCHCN BJ110
Tel:62058544

**\*Signature 签字:**
*xuyonghai*
徐永海

Approval:

Approved by Yu Zhang，WiPC Coordinator of ICPC

XYH-00012

Exhibit 7 - p. 1 of 1