# INVOICE

*Invoice Date 帐单填发日期 _2020-06-10
Invoice No.   帐单号码_WJB20200610

*Service Items 服务内容：
40 hours of website management in 1 January – 31 May 2019

*Service Payment Rate 服务报酬比率：US $ 25 per hour

*Total Amount for this Service Payment in US $ 服务费美元总额： US $ 1000

*Vendor/Payee or Recipient 收款方名称：**Wang Jinbo**（王金波）

*Address 收款方地址：北京市朝阳区福盈家园1号院1号楼4-602

*Telephone No. 收款方电话号码： 86-139-1196-1032

  Email address 收款方电子邮件地址： citizencn@gmail.com

  Social Security No. or Other ID No. 收款人社会保险号码或其它身份证号码：
Name and Address of Recipient (if different) 收款方名称和地址(如果不同)
（身份证号码）372824197210250211

Bank Account Information (including SWIFT code, if the recipient wants to receive the payment directly in her/his bank account)
收款方银行帐号资料（包括 SWIFT 代码，若收款人愿意直接付款到银行帐号）

*Signature 签字:



Approval:


Approved by Yu Zhang，Secretary-general of ICPC

WJB-00012

Exhibit 8 - p. 1 of 1