UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>OATH HOLDINGS, INC., *et al.*,<br><br>                Defendants. | No. 1:17-0635-RDM<br><br>Judge Randolph D. Moss |

**CONSENT MOTION REGARDING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

The Parties jointly move the Court for entry of an order permitting the filing of Plaintiffs' sur-reply and a forthcoming response to Plaintiffs' sur-reply in connection with the pending motions to dismiss, and state as follows in support:

1. On April 3, 2024, this Court set a briefing schedule on the motions to dismiss the Third Amended Complaint. *See* ECF No. Minute Entry on April 3, 2024.

2. Pursuant to that briefing schedule, on May 3, 2024, all Defendants moved to dismiss the Third Amended Complaint. *See* ECF Nos. 188, 189, 192.

3. Plaintiffs filed an opposition on May 31, 2024. *See* ECF No. 197.

4. Defendants replied on June 14, 2024. *See* ECF Nos. 199, 200.

5. On August 6, 2024, Plaintiffs filed a motion for leave to file a sur-reply, along with the proposed sur-reply. *See* ECF No. 202.

6. On August 7, 2024, by minute order, this Court ordered that "Defendants may respond to Plaintiffs' Motion for Leave to File Sur-Reply on or before August 21, 2024." *See* ECF No. Minute Order on Aug. 7, 2024.

1

7. The Parties have negotiated a proposed resolution to Plaintiffs' Motion for Leave to File Sur-Reply.

8. The Parties agree that the Court should permit the filing of Plaintiffs' sur-reply, so long as Defendants have up to and including September 4, 2024 to file a response. All Parties agree that Defendants' response to Plaintiffs' sur-reply shall be no longer than 5 pages and will not introduce new evidence, including declarations.

WHEREFORE, for the above-stated reasons, the Parties respectfully request the Court:

A. Enter the proposed order attached as **Exhibit A**;

B. Permit the filing of Plaintiffs' sur-reply;

C. Permit Defendants to file a response (no longer than 5 pages) to Plaintiffs' sur-reply on or before September 4, 2024; and,

D. Grant all other and further relief this Court deems just and proper.

Dated: August 21, 2024                     Respectfully submitted,

FARRA & WANG PLLC
*/s/ Times Wang*
Times Wang (D.C. Bar 1025389)
Adam H. Farra (D.C. Bar 1028649)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-6227
twang@farrawang.com
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ *John J. Woolard*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
*/s/ Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for Defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Richard K. Kelsey (*pro hac vice*)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
richkelsey@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for Defendants Laogai Research Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.
 /s/ J. Peter Glaws, IV
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*Counsel for Defendant Impresa Legal Group*