# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHUGUANG CHEN,<br><br>c/o Farra & Wang PLLC<br>1300 I St. NW, Suite 400E<br>Washington, DC 20005<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE'S REPUBLIC OF CHINA,<br><br>c/o Ministry of Foreign Affairs of the PRC<br>No. 2, Chaoyangmen S. St.,<br>Chaoyang District, Beijing, 100701<br><br>c/o Ministry of Justice of the PRC<br>No. 6 Chaoyangmen S. St.<br>Chaoyang District, Beijing, 100701<br><br>    Defendant. | Civil Action No.: 23-cv-1833<br><br>**STATUS REPORT REGARDING SERVICE UNDER 28 U.S.C. § 1608(a)(4)** |

   I, Times Wang, attorney of record for the Plaintiff, and pursuant to the Court's minute order of August 27, 2024, hereby advise the Court of my office's attempts to serve the Defendant pursuant to 28 U.S.C. § 1608(a)(4), as follows:

   1.  On August 26, 2024, I submitted a status report regarding Plaintiff's attempts to effect service of process under 28 U.S.C. § 1608(a)(4)—that is, by serving the Defendant by having the U.S. Department of State send a diplomatic note. That status report explained that all the necessary materials had been delivered to the U.S Department of State on June 28, 2024, and that the matter was in the hands of that agency.

   2.  On or around August 30, 2024, I was contacted by a paralegal in that agency, Michael McPherson. Mr. McPherson explained to me that the agency had received the materials

both for this case and for another case my office is handling, *Qiao v. People's Republic of China*, No. 23-cv-603 (D.D.C.). However, Mr. McPherson explained that the agency was having issues cashing the enclosed cashier's checks, and asked me for information about the bank branches from which they were issued. I provided that information.

3. Not long after, I received a call from one of the bank branches informing them that the agency had affixed a stamp to the check issued from that branch, which was for the *Qiao v. PRC* case, in a way that invalidated the check, and that they had stopped payment as a result. I asked Mr. McPherson whether the same problem applied to the check issued for this case.

4. Mr. McPherson confirmed that it did, such that both checks would have to be re-issued. From there, I investigated how to do so while ensuring that additional monies were not withdrawn from my firm's account, as the writing of a cashier's check results in an immediate debit to the account. Once I determined how to do so, I obtained re-issued checks, which were delivered to the agency on or around October 11. However, on October 16, Mr. McPherson informed me that his office had not yet received them as internal mail routing could take "a few days." Today, I asked Mr. McPherson for an update but have not received one.

5. Attached as Exhibit A is a true and correct copy of an email chain reflecting the foregoing discussion with Mr. McPherson.

6. My office will continue to update the Court on the foregoing.

Dated: October 25, 2024                                     Respectfully submitted,

                                                            */s/ Times Wang*
                                                            **FARRA & WANG PLLC**
                                                            Times Wang (D.C. Bar 1025389)
                                                            1543 Champa St., Suite 400
                                                            Denver, CO 80202
                                                            (303) 534-3047
                                                            twang@farrawang.com

*Counsel for Plaintiff*