UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>    Plaintiffs,<br><br>  v.<br><br>OATH HOLDINGS, INC., *et al.*<br><br>    Defendants. | No. 1:17-635-RDM<br><br>Judge Randolph D. Moss |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of October 24, 2024, the parties hereby submit this joint status report and agreement regarding the depositions of the plaintiffs.

1. The plaintiffs agree to an in-person deposition for Wang Jinbo, who is presently in Sweden. If Mr. Wang is unable to obtain a visa to travel to the U.S., the parties will work to arrange his deposition via the relevant channels of the Swedish government. The plaintiffs will not object to holding the deposition of Mr. Wang after the close of fact discovery. Counsel for the parties may appear virtually or in-person.

2. The plaintiffs agree to stay the litigation as to the three plaintiffs who are in mainland China who have not yet been deposed: Li Dawei, Xu Yonghai, and He Depu. If plaintiffs later request that the stay be lifted, the parties will litigate whether remote depositions can proceed. The parties will be prepared to address the status of these plaintiffs at the status conference scheduled for February 20, 2024.

3. The defendants agree to withdraw previously served notices of deposition directed at the plaintiffs without prejudice to defendants' ability to re-notice those depositions if necessary

1

and permitted by the Court.

4. The defendants reserve the right to move to strike the deposition transcripts of Xu Wanping and Yi Ouyang and other discovery gathered from plaintiffs for their lack of compliance with Chinese law.

5. Notwithstanding any agreement documented herein, the parties request that the Court not defer a ruling on the pending motions to dismiss.

6. The parties otherwise reserve their rights.

Dated: October 25, 2024

Respectfully submitted,

FARRA & WANG PLLC
/s/ Times Wang
Times Wang (D.C. Bar 1025389)
1534 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 534-3047
twang@farrawang.com

Adam Farra (D.C. Bar 1028649)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-5990
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ Brian Pumphrey
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)

800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
*/s/ Mike Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*
IMPRESA LEGAL GROUP
*/s/ George Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.

_/s/ J. Peter Glaws, IV_
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*Counsel for defendant Impresa Legal Group*
