# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OATH HOLDINGS, INC., *et al.*, <br><br> Defendants. | No. 1:17-0635-RDM <br><br> Judge Randolph D. Moss |

**JOINT MOTION TO RESCHEDULE POST-DISCOVERY HEARING**

Pursuant to the Court's instructions of today, the parties jointly move to reschedule the post-discovery hearing currently set for February 20, 2025.

The parties originally had an all-day, in-person mediation scheduled for February 12 in Washington, D.C., with key participants traveling from California and elsewhere. Weather forced the parties to reschedule, and given the travel required, the best alternative was February 20, the same day as the post-discovery hearing.

The parties respectfully submit that the parties should use February 20 for the mediation (which will be the second mediation in this case), and that the post-discovery hearing should be rescheduled to the next soonest available date. The parties are available March 13 or 14 and can provide additional availability upon request.

Dated: February 13, 2025          Respectfully submitted,

                                                              FARRA & WANG PLLC
                                                              */s/ Times Wang*
                                                              Times Wang (D.C. Bar 1025389)
                                                              Adam H. Farra (D.C. Bar 1028649)
                                                               1300 I Street NW, Suite 400E
                                                              Washington, DC 20005

Telephone: (202) 505-6227
twang@farrawang.com
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
*/s/ John J. Woolard*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
*/s/ Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)

2

        Jason P. Matechak (D.C. Bar 461194)
        3033 Wilson Boulevard, Suite 700
        Arlington, VA 22201
        Telephone: (703) 842-0660
        georgekostel@impresalegal.com
        jasonmatechak@impresalegal.com

        LAW FIRM OF WILLIAM BLAKELY
        William Douglas Blakely (D.C. Bar 326793)
        10908 Thimbleberry Ln
        Great Falls, VA 22066
        Telephone: (703) 430-4398
        wblakely@williamblakelylaw.com

        *Counsel for defendants Laogai Research*
        *Foundation and Laogai Human Rights*
        *Organization*

        CARR MALONEY P.C.
        */s/ J. Peter Glaws, IV*
        J. Peter Glaws, IV (D.C. Bar 1013049)
        2000 Pennsylvania Ave., NW, Suite 8001
        Washington, D.C. 20006
        (202) 310-5500 (Telephone)
        (202) 310-5555 (Facsimile)
        peter.glaws@carrmaloney.com

        *Counsel for Defendant Impresa Legal Group*