IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HE DEPU, *et al.*

　　　　　　　　　　Plaintiffs,

v.

OATH HOLDINGS, INC., *et al.*

　　　　　　　　　　Defendants.

Case No. 1:17-cv-00635-RDM

Judge Randolph D. Moss

## NOTICE OF APPEARANCE

Please note the appearance of Zachary Hunt Boron of CHARNOFF SIMPSON PLLC as additional counsel for Defendant, Estate of Harry Wu in the above-captioned matter.

Dated: February 24, 2025

Respectfully submitted,

CHARNOFF SIMPSON PLLC

　　　/s/ Zachary H. Boron
Mikhael D. Charnoff (#476583)
Zachary H. Boron (# 90020108)
111 Church Street, NW, Suite 202 A
Vienna, VA 22180
P: 703-291-6650
mike@charnoffsimpson.com
zach@charnoffsimpson.com
*Counsel for Defendant Estate of Harry Wu*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2025, I caused a copy of the foregoing to be served electronically on all counsel for all parties by using the CM/ECF system of the United States District Court of the District of Columbia.

                          CHARNOFF SIMPSON PLLC

                          /s/ Zachary H. Boron
                        Mikhael D. Charnoff (#476583)
                        Zachary H. Boron (# 90020108)
                        111 Church Street, NW, Suite 202 A
                        Vienna, VA 22180
                        P:  703-291-6650
                        mike@charnoffsimpson.com
                        zach@charnoffsimpson.com
                        *Counsel for Defendant Estate of Harry Wu*