IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OATH HOLDINGS, INC., *et al.*<br><br>　　　　　　Defendants. | No. 1:17-635-RDM<br><br>Judge Randolph D. Moss |

## CONSENT ORDER CANCELING LIS PENDENS

This matter is before the Court on the representation of the parties, as evidenced by the signatures of their counsel below, that they have reached a settlement of this dispute and wish to have Plaintiffs' *lis pendens* filed against real property owned by the Laogai Research Foundation ("LRF") in the District of Columbia located at 1901 18th Street, NW, Washington, D.C. (the "Property") canceled immediately, pending execution and approval of a formal settlement agreement. Cancellation of the *lis pendens* will enable LRF to enter into a contract of sale for the Property as soon as possible and accelerate the anticipated closing date for sale of the Property, which is a condition to funding the parties' settlement.

The parties further represent that the *lis pendens* they wish to cancel is entitled "Notice of Pendency of Action" and was filed on May 12, 2020 in the land records of the District of Columbia; It is identified as Document No. 2020056745 and signed by Plaintiffs' counsel, Times Wang. The parties request that this Consent Order be sufficient to cancel the *lis pendens* without further filings made in the Superior Court of the District of Columbia.

Based on the foregoing, it is hereby **ORDERED** that the *lis pendens* on the LRF's real property located at 1901 18th Street, NW, Washington, D.C. 20009, which is filed as Document No. 2020056745 is hereby **CANCELLED**.

FARRA & WANG PLLC
/s/ *Times Wang*
Times Wang (D.C. Bar 1025389)
1534 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 534-3047
twang@farrawang.com

Adam Farra (D.C. Bar 1028649)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-5990
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ *Brian E. Pumphrey*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
*/s/ Mikhael Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
Richard K. Kelsey (D.C. Bar 90008993)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com
richkelsey@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research*
*Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.
*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*Counsel for defendant Impresa Legal Group*

3

Dated: Feb. 26, 2025

                                                       Hon. Randolph D. Moss
                                                       United States District Judge