**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HE DEPU, *et al*.,

                    Plaintiffs,

        v.

OATH HOLDINGS, INC., *et al*.,

                    Defendants.

No. 1:17-0635-RDM

Judge Randolph D. Moss

**JOINT MOTION FOR EXTENSION**

Pursuant to Section 12 of the Court's Standing Order in Civil Cases, the parties jointly move for a one-week extension of the April 1, 2025 deadline to submit settlement approval papers. Good cause exists for the parties' request because of an issue arising from the sale of the building at 1901 18th Street, NW, Washington, DC 20009, which sale is part of the settlement.

In particular, the parties recently learned that the expected buyer of the building had declined to enter into a contract at the expected price. Given that proceeds generated by the timely sale of the building had been an important part of the settlement consideration, this development requires the parties to revisit the settlement's structure and mechanics.

The parties are diligently and cooperatively working on a solution but need additional time to do so. The parties are hopeful that one week will be enough time, and do not want to disturb the April 28 date for the approval hearing. As such, the parties respectfully request that the Court extend the deadline for the submission of settlement papers to April 8, 2025.

Should the issue prove more difficult to resolve and should more time be needed, the parties will promptly notify the Court.

Dated: March 28, 2025                    Respectfully submitted,

FARRA & WANG PLLC
/s/ Times Wang
Times Wang (D.C. Bar 1025389)
Adam H. Farra (D.C. Bar 1028649)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-6227
twang@farrawang.com
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ John J. Woolard
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc.,*
*Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

2

*Counsel for defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*

IMPRESA LEGAL GROUP
*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

*On behalf of Defendant Impresa Legal Group*

3