UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OATH HOLDINGS, INC., *et al.*,<br><br>　　　　　Defendants. | No. 1:17-0635-RDM<br><br>Judge Randolph D. Moss |

**JOINT MOTION FOR EXTENSION**

　　Pursuant to Section 12 of the Court's Standing Order in Civil Cases, the parties jointly move for an extension of the deadline to submit settlement approval papers from April 8 to April 15, 2025. Good cause exists because the parties have been working expeditiously to resolve the issue of the expected buyer of the building at 1901 18th Street, NW, Washington, DC 20009, the sale of which was part of the settlement, declining to purchase the building at the expected price. The parties are nearing a resolution and are optimistic that an additional week will suffice to finalize the particulars of that resolution, including the necessary documentation. The parties would like to keep the April 28, 2025 hearing date but if the Court deems it necessary to move that date, the parties will work with the Court to select a new hearing date.

Dated: April 8, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FARRA & WANG PLLC
　　　　　　　　　　　　　　　　　　　*/s/ Times Wang*
　　　　　　　　　　　　　　　　　　　Times Wang (D.C. Bar 1025389)
　　　　　　　　　　　　　　　　　　　Adam H. Farra (D.C. Bar 1028649)
　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 400E
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Telephone: (202) 505-6227
　　　　　　　　　　　　　　　　　　　twang@farrawang.com
　　　　　　　　　　　　　　　　　　　afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ *John J. Woolard*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
/s/ *Mikhael D. Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*

IMPRESA LEGAL GROUP
/s/ *George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201

2

Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.
 /s/ J. Peter Glaws, IV
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*On behalf of Defendant Impresa Legal Group*