# EXHIBIT 3

## THE YAHOO! IRREVOCABLE HUMAN RIGHTS TRUST 2009
## TERMINATION OF TRUST

WHEREAS, Yahoo!, Inc. (the "**Donor**") did create a trust under the laws of the District of Columbia in accordance with the Uniform Trust Code, Sections 19-1301.01, et seq. of the District of Columbia Code (the D.C. "Trust Code"), and pursuant to the terms of that certain Agreement and Declaration of Trust dated as of June 12, 2009 (the "**Declaration of Trust**") and known as The Yahoo! Irrevocable Human Rights Trust 2009 (the "**Trust**");

WHEREAS, the Trust terminated by its express terms on June 12, 2014;

WHEREAS, pursuant to Section 2 of the Declaration of Trust, upon termination of the Trust and after payment of all proper expenses of administering the Trust, the trust property shall be transferred and paid over to the Laogai Human Rights Organization (the "**LHRO**");

WHEREAS, in accordance with Section 19-1308.1 of the D.C. Trust Code, it is the duty of a Trustee of the Trust to administer the Trust in accordance with its terms and purposes and the interests of the beneficiaries;

WHEREAS, pursuant to Section 6(b) of the Declaration of Trust, the Trustees then-serving shall have the full authority to act even though one or more vacancies may exist, except if there is no trustee appointed by the Donor in office;

WHEREAS, Ronald Bell is currently the sole trustee of the Trust, and is a designee of the Donor;

WHEREAS, the assets of the Trust currently consist of (1) approximately $1,801,864 invested by Sanford C. Bernstein & Co., LLC in an account held in the Trust's name (the "**Bernstein Account**"), and (2) an annuity administered by Transamerica Life Insurance Company valued at $1,213,665.72 as of January 6, 2015 (the "**Annuity**"); and

WHEREAS, the Trustee desires to distribute the assets of the Trust to the LHRO in accordance with the terms of the Declaration of Trust and as set forth herein.

NOW, THEREFORE, the undersigned do hereby take the following actions and acknowledge and agree as follows:

B4390009.2

1. <u>Authority of Trustee</u>. The undersigned hereby acknowledge and agree that Ronald Bell (the "**Trustee**") is currently the sole trustee of the Trust and has the full authority to act on behalf of the Trust for the purpose of winding up the Trust and distributing the Trust's assets in accordance with the terms of the Declaration of Trust.

2. <u>Liquidation and Distribution of Trust Assets</u>.

   a. In connection with the termination of the Trust, the Trustee is hereby authorized and directed, for and on behalf of the Trust and in its name, to prepare, execute, acknowledge, file, record and deliver, under seal if required or desirable, all such agreements, documents and instruments, and to take all other actions as the Trustee shall deem necessary or desirable, to effect the following actions:

      i. Liquidate and request a full distribution of the Annuity;

      ii. Authorize the distribution of the Annuity proceeds to the Bernstein Account;

      iii. Following the distribution of the Annuity proceeds to the Bernstein Account, terminate and close the Annuity and all other accounts, if any, administered by Transamerica Life Insurance Company in the name of the Trust;

      iv. Pay all administrative expenses of the Trust;

      v. Reserve sufficient amounts for payment of additional administrative expenses of the Trust associated with the winding up of the Trust; and

      vi. Transfer any remaining funds in the Bernstein Account to the LHRO.

   b. The Trustee is hereby further authorized to prepare, execute, acknowledge, file, record and deliver, under seal if required or desirable, all such agreements, documents and instruments, and to take all other actions as the Trustee shall deem necessary or desirable, to wind up the affairs of the Trust, liquidate the assets of the Trust and transfer the trust property to the LHRO, all pursuant to and in accordance with the Declaration of Trust.

B4390009.2

CONFIDENTIAL                                                                                                                              YAHOOFOLEYPROD005540

3. Amendment of Declaration of Trust. Pursuant to Section 3(b) of the Declaration of Trust, which allows for amendments to the administrative provisions of the Declaration of Trust in the absolute and uncontrolled discretion of the trustees then in office, the Declaration of Trust is hereby amended to the extent any of the actions authorized by this Termination of Trust instrument conflict with the Declaration of Trust to allow for the orderly dissolution and winding up of the Trust by the Trustee.

\* \* \* \* \*

WITNESS the due execution of this instrument by the undersigned.

The Yahoo! Irrevocable Human Rights Trust 2009

*Ronald M Bell*

Ronald Bell, Trustee

Date: May 19, 2015

- 3 -

B4390009.2

STATE OF CALIFORNIA

May 19, 2015

Then personally appeared the above-named Ronald Bell, stating himself to be a trustee of The Yahoo! Irrevocable Human Rights Trust 2009 and acknowledged the foregoing instrument to be his free act and deed, before me.

_Hedi Porlier Vierth_
Notary Public

My commission expires: August 7, 2018

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara
Subscribed and sworn to (or affirmed) before me this 19th day of May, 2015 by Ronald Bell
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _Hedi Porlier Vierth_ (Seal)

HEDI PORLIER VIERTH
COMM. # 2077238
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES AUG. 7, 2018

- 4 -

B4390009.2

## ACKNOWLEDGMENT

The undersigned former trustee of <u>The Yahoo! Irrevocable Human Rights Trust 2009</u> does hereby acknowledge and accept delivery of this instrument of Termination of Trust as of the date set forth below.

_____
Harry Wu

Date: 2/13/15

CONFIDENTIAL

YAHOOFOLEYPROD005543

## ACKNOWLEDGMENT

Pursuant to Section 19-1304.11(a) of the D.C. Trust Code, the undersigned settlor and sole beneficiary of the Trust do hereby absolutely and irrevocably consent to the termination of the Trust in accordance with the terms of the foregoing Termination of Trust instrument.

| Laogai Human Rights Organization | Yahoo! Inc. |
|---|---|
| By: _____ | By: *Ronald S Bell* (signature) |
| Name: _____ | Name: Ronald S Bell |
| Title: _____ | Title: General Counsel |
| Date: _____ | Date: 5/20/15 |

B4390009 2

- 8 -

## ACKNOWLEDGMENT

Pursuant to Section 19-1304.11(a) of the D.C. Trust Code, the undersigned settlor and sole beneficiary of the Trust do hereby absolutely and irrevocably consent to the termination of the Trust in accordance with the terms of the foregoing Termination of Trust instrument.

Laogai Human Rights Organization        Yahoo! Inc.

By: _/s/ Harry Wu_         By: _____
Name: __HARRY WU__          Name: _____
Title: __CHAIRMAN__         Title: _____

Date: __2/13/15__           Date: _____

CONFIDENTIAL                                           YAHOOFOLEYPROD005545