UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>OATH HOLDINGS, INC., *et al.*,<br><br>                    Defendants. | Case No. 17-0635 (RDM)<br><br>Judge Randolph D. Moss |

**PLAINTIFFS' UNOPPOSED MOTION FOR
ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS**

Having reached a settlement with the defendants in the above-captioned litigation, the plaintiffs He Depu, Li Dawei, Wang Jinbo, Ouyang Yi, Xu Yonghai, and Xu Wanping and their counsel, Farra & Wang PLLC and Slarskey LLC, move this Court for entry of an order: (1) awarding the plaintiffs' counsel attorneys' fees comprising 30% of the $5,425,000 settlement fund; (2) awarding the plaintiffs' counsel an additional amount of $182,950.77 as reimbursement for expenses incurred in this litigation; and (3) awarding each plaintiff an incentive award, with He Depu receiving $55,000 and the other plaintiffs each receiving $50,000.

This motion is accompanied by a memorandum of points and authorities, the Declaration of Times Wang, the Declaration of He Depu, and a proposed order.

Date:   April 15, 2025                              Respectfully submitted,

                                                    **FARRA & WANG PLLC**

                                                    / s / Times Wang
                                                    Times Wang (D.C. Bar 1025389)
                                                    1543 Champa St., Ste. 400
                                                    Denver, CO 80202
                                                    Telephone: (202) 505-6227
                                                    twang@farrawang.com

1

Adam H. Farra (D.C. Bar 1028649)
1300 I Street, N.W., Ste. 400E
Washington, D.C. 20005
Telephone: (202) 505-5990
afarra@farrawang.com

**SLARSKEY LLC**

David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*