UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OATH HOLDINGS, INC., *et al.*, <br><br> Defendants. | Case No. 17-0635 (RDM) <br><br> Judge Randolph D. Moss |

**PROPOSED ORDER**

Upon consideration of the plaintiffs' motion for attorneys' fees, expense reimbursement, and service awards to the individual plaintiffs, the Court hereby GRANTS the motion and ORDERS as follows:

- The plaintiffs' counsel of Farra & Wang PLLC and Slarskey LLC are hereby awarded 30% of the $5,425,000 settlement amount in attorneys' fees;

- The plaintiffs' counsel of Farra & Wang PLLC and Slarskey LLC are hereby awarded an additional amount of $182,950.77 in expense reimbursement; and

- The plaintiffs are hereby each awarded service awards in the amount of $55,000 for He Depu, and $50,000 each for Li Dawei, Wang Jinbo, Ouyang Yi, Xu Yonghai, and Xu Wanping.

The plaintiffs' lead counsel, Mr. Times Wang, is responsible for and authorized to effectuate the disbursement of these awards.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE