IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*.<br><br>    Plaintifs,<br><br>    v.<br><br>OATH HOLDINGS, INC., *et al*.<br><br>    Defendants. | No. 1:17-635-RDM<br><br>Judge Randolph D. Moss |

**LRF AND LHRO'S NOTICE OF FILING OF SUPPLEMENT TO
JOINT MOTION TO APPROVE SETTLEMENT AND TERMINATE TRUST**

Defendants The Laogai Research Foundation ("LRF") and Laogai Human Rights Organization ("LHRO") submit Notice and request to the Clerk to supplement Exhibit 2 to the parties Joint Motion to Approve Settlement and Terminate Trust, filed on April 15, 2025 as ECF Document 229. Specifically, the signature page attached hereto supplements Exhibit 2 to that filing and serves to complete the record. Therefore, LRF and LHRO request that the Clerk please substitute the attached fully executed page to the parties' "Nonjudicial Settlement Agreement And Release" (Settlement Agreement) for the signature page currently numbered ECF No. 229-3, p. 19 of 22. *See* Exhibit 1 (fully endorsed signature page).

Exhibit 1 contains the signature of the authorized representative of LRF and LHRO reflecting their agreement to and acceptance of the global settlement terms. This supplementation allows the Court to have a fully-executed version of the Settlement Agreement in the file, and all parties consent to the addition of this execution page.

1

                    Respectfully Submitted,

                    THE LAOGAI RESEARCH FOUNDATON
                    LAOGAI HUMAN RIGHTS ORGANIZATION
                    By Counsel


IMPRESA LEGAL GROUP


*/s/ George E. Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
Richard K. Kelsey (D.C. Bar 90008993)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com
richkelsey@impresalegal.com

*Counsel for Defendants The Laogai Research Foundation and Laogai Human Rights Organization*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2025, I filed LRF and LHRO's Notice of Filing of Supplement to Joint Motion to Approve Settlement and Terminate Trust using the Court's CM/ECF system, which will send notice of this filing (NEF) to all counsel of record.

                                      /s/      *George E. Kostel*