UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al*.<br><br>    Plaintiffs,<br><br>  v.<br><br>OATH HOLDINGS, INC., *et al*.<br><br>    Defendants. | No. 1:17-635-RDM<br><br>Judge Randolph D. Moss |

**JOINT STATUS REPORT**

  Pursuant to the Court's minute order of July 10, 2025, the parties hereby submit this joint status report. Under paragraph 6 of the settlement agreement approved by the Court, *see* Dkt. 229-3, the defendants' deadline to pay the settlement consideration is July 28, 2025. The parties jointly report that the parties are on track to meet that deadline.

  Additionally, under the Court's order approving the settlement, Dkt. 232, the parties are required to file a joint status report and a motion to dismiss this case with prejudice within three business days of the payment of the settlement consideration. *Id.* at 14. The parties do not foresee any issue with meeting that deadline either.

  Dated: July 23, 2025       Respectfully submitted,

                 FARRA & WANG PLLC
                 */s/ Times Wang*
                 Times Wang (D.C. Bar 1025389)
                 1534 Champa Street, Suite 400
                 Denver, CO 80202
                 Telephone: (303) 534-3047
                 twang@farrawang.com

                 Adam Farra (D.C. Bar 1028649)
                 1300 I Street NW, Suite 400E

Washington, DC 20005
Telephone: (202) 505-5990
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ *Brian Pumphrey*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
/s/ *Mike Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*
IMPRESA LEGAL GROUP
/s/ *George Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700

2

Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln
Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.
 /s/ J. Peter Glaws, IV
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*Counsel for defendant Impresa Legal Group*

3