UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, *et al.*<br><br>        Plaintiffs,<br><br>    v.<br><br>OATH HOLDINGS, INC., *et al*.<br><br>        Defendants. | No. 1:17-635-RDM<br><br>Judge Randolph D. Moss |

**JOINT STATUS REPORT**

The parties hereby submit this joint status report regarding the status of the settlement. Late last week, the final portion of the settlement consideration was paid by Impresa Legal Group's insurer. Thus, concurrently with this filing, the parties are filing the joint motion to dismiss contemplated by the Court's order approving the settlement, Dkt. 232.

Dated:  August 18, 2025

Respectfully submitted,

FARRA & WANG PLLC
*/s/ Times Wang*
Times Wang (D.C. Bar 1025389)
1534 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 534-3047
twang@farrawang.com

Adam Farra (D.C. Bar 1028649)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 505-5990
afarra@farrawang.com

SLARSKEY LLC
David Slarskey (admitted pro hac vice)
Evan Fried (admitted pro hac vice)
420 Lexington Ave., Suite 2525

1

New York, NY 10170
Telephone: (212) 658-0661
dslarskey@slarskey.com
efried@slarskey.com

*Counsel for Plaintiffs*

MCGUIRE WOODS LLP
/s/ *Brian Pumphrey*
Brian E. Pumphrey (admitted *pro hac vice*)
Garrett H. Hooe (admitted *pro hac vice*)
John J. Woolard (D.C. Bar No. 1614841)
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7745
Facsimile: (804) 775-7065
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com
jwoolard@mcguirewoods.com

*Counsel for Defendants Oath Holdings, Inc., Michael Callahan, and Ronald Bell*

CHARNOFF SIMPSON PLLC
*/s/ Mike Charnoff*
Mikhael D. Charnoff (D.C. Bar 476583)
111 Church Street NW
Suite 202 A
Vienna, VA 22180
Telephone: 703-291-6650
mike@charnoffsimpson.com

*Counsel for defendant Estate of Harry Wu*
IMPRESA LEGAL GROUP
*/s/ George Kostel*
George E. Kostel (D.C. Bar 1000015)
Jason P. Matechak (D.C. Bar 461194)
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
georgekostel@impresalegal.com
jasonmatechak@impresalegal.com

LAW FIRM OF WILLIAM BLAKELY
William Douglas Blakely (D.C. Bar 326793)
10908 Thimbleberry Ln

2

Great Falls, VA 22066
Telephone: (703) 430-4398
wblakely@williamblakelylaw.com

*Counsel for defendants Laogai Research Foundation and Laogai Human Rights Organization*

CARR MALONEY P.C.
 */s/ J. Peter Glaws, IV*
J. Peter Glaws, IV (D.C. Bar 1013049)
2000 Pennsylvania Ave., NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
peter.glaws@carrmaloney.com

*Counsel for defendant Impresa Legal Group*